# **ATTACHMENT**

<u>Attorneys for Plaintiffs</u>

Allan A. Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
(917) 623-8353

    &

Constantine Gus Dimopoulos, Esq.
Dimopoulos Bruggemann. P.C.
73 Main Street
Tuckahoe, NY 10707
(914) 472-4242