# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ALLAN A. KASSENOFF,  )
individually and as guardian of his  )
minor children A.K., C.K. and J.K.,  )  Civil Action No.: _____
infants under the age of eighteen,  )
and CONSTANTINE GUS  )
DIMOPOULOS,  )
  )
        Plaintiffs,  )
  )
v.  )
  )
ROBERT HARVEY,  )
  )
        Defendant.  )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Fla. Loc. R. 11.1(C), I, Allan A. Kassenoff, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Plaintiffs Allan A. Kassenoff, individually and as guardian of his minor children A.K., C.K. and J.K., in the instant matter. In support of this motion, I submit the following information:

    a. Full name of the movant-attorney: Allan Andrew Kassenoff

    b. Bar Number and State of Issuance: New York SBN 2964575

    c. Address, and telephone number of the movant-attorney

        161 Beach Avenue
        Larchmont, NY 10538
        (917) 623-8353

    d. Completion of Tutorials: I have completed the following tutorial:

        On-line local rules tutorial:
            Date tutorial completed: August 25, 2023

Confirmation Number: FLND1692996528892

I have received training on CM/ECF and am familiar with the CM/ECF system. I have read and reviewed the procedures on using CM/ECF.

e. Bar Membership Credentials:

I am admitted to practice before the following courts:

> New York
> New Jersey
> Southern District of New York
> Eastern District of New York
> District of New Jersey
> Eastern District of Texas
> Western District of Texas
> District of Colorado
> Court of Appeals for the Federal Circuit

f. I am a member in good standing of all bars of which I am a member and I am not under suspension or disbarment from any bar.

g. I do not reside in the Northern District of Florida, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

h. Attached to this motion is an original Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

DATED:  September 5, 2023             Respectfully submitted,

By: */s/ Allan Kassenoff*
Allan Kassenoff, Esq.
NY State Bar # 2964575
161 Beach Avenue
Larchmont, NY 10538
andrewka1973@outlook.com
(917) 623-8353

*Attorney for Plaintiffs Allan Kassenoff, A.K., C.K. and J.K.*