**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

|  |  |  |
|---|---|---|
| ALLAN A. KASSENOFF, individually, and as parent and natural guardian of A.K., C.K. and J.K., infants under the age of eighteen, and CONSTANTINE GUS DIMOPOULOS, | ) ) ) ) ) ) ) | Civil Action No.: 23-cv-24085 |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| ROBERT HARVEY, | ) ) |  |
| Defendant. | ) |  |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to N.D. Fla. Loc. R. 11.1(C), I, Constantine G. Dimopoulos, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing myself in the instant matter. In support of this motion, I submit the following information:

a.  Full name of the movant-attorney: Constantine Gus Dimopoulos

b.  Bar Number and State of Issuance: New York SBN 3946803

c.  Address, and telephone number of the movant-attorney
c/o Dimopoulos Bruggemann, P.C.
73 Main Street
Tuckahoe, NY 10707
(914) 472-4242

d.  Completion of Tutorials: I have completed the following tutorial:

On-line local rules tutorial:
Date tutorial completed: August 27, 2023
Confirmation Number: FLND1693143053893

I have received training on CM/ECF and am familiar with the CM/ECF system.  I have read and reviewed the procedures on using CM/ECF.

e.   Bar Membership Credentials:

I am admitted to practice before the following courts:

**- New York State**

**- U.S. District Court, Southern District of New York**

**- U.S. District Court, Eastern District of New York**

**- U.S. District Court, District of Colorado**

f.   I am a member in good standing of all bars of which I am a member and I am not under suspension or disbarment from any bar.

g.   I do not reside in the Northern District of Florida, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

h.   Attachment A to this motion is an original Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

DATED:  September 5, 2023

Respectfully submitted,

By: _/s/ Constantine Gus Dimopoulos_
Constantine Gus Dimopoulos, Esq.
NY State Bar # 3946803
Dimopoulos Bruggemann. P.C.
73 Main Street
Tuckahoe, NY 10707
gd@dimolaw.com
(914) 472-4242

_Attorney for Plaintiff Constantine Gus Dimopoulos_