UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALLAN A. KASSENOFF**, individually and as guardian of his minor children A.K., C.K., and J.K., and **CONSTANTINE GUS DIMOPOULOS**,

    **Plaintiffs**,

v.   Case No. 3:23cv24085-TKW-ZCB

**ROBERT HARVEY**,

    **Defendant**.

_____/

## ORDER

This case is before the Court based on the motions for leave to appear *pro hac vice* filed by attorneys Allan A. Kassenoff (Doc. 3) and Constantine G. Dimopoulos (Doc. 4). The Court finds based on the motions and supporting documentation that Messrs. Kassenoff and Dimopoulos meet the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fees have been paid. Accordingly, it is

**ORDERED** that the motions are **GRANTED**, and attorneys Allan A. Kassenoff and Constantine G. Dimopoulos are authorized to appear *pro hac vice* for Plaintiffs.

**DONE and ORDERED** this 6th day of September, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**