9/27/23, 1:53 PM
Case 3:23-cv-24085-TKW-ZGB Document 11-1 Filed 11/27/23 Page 1 of 36
Allan Kassenoff Makes #1 in Profile Visibility of 2.1 Million Lawyers on Martindale-Hubbell – Frank Report

# Allan Kassenoff Makes #1 in Profile Visibility of 2.1 Million Lawyers on Martindale-Hubbell

🕐 June 8, 2023





Allan Kassenoff of Greenberg Traurig was ranked number one on Martindale-Hubbell's weekly Profile



Founded in 1868, *Martindale-Hubbell* provides background information on lawyers and law firms in the United States and other countries. Their directory went online in 2004.

Martindale's "Profile Visibility is based on the total number of weekly profile views. It provides a weekly snapshot of which profiles users are viewing on martindale.com in the form of a ranking."

Kassenoff won notoriety this week, not from his regular legal work in patent infringement, where he makes from $800k to $1 million annually, but from his legal work outmaneuvering his attorney wife Catherine in getting custody of their three children and excluding her completely from their lives in Family Court in Westchester County.



*Catherine Kassenoff*

In fact, Allan went so far that on May 27, Catherine announced on Facebook that she was in Switzerland

9/27/23, 1:53 PM   Allan Kassenoff Makes #1 in Profile Visibility of 2.1 Million Lawyers | Martindale-Hubbell - Frank Report

Case 3:23-cv-24085-TKW-ZGR   Document 11   Filed 11/27/23   Page 3 of 36

She has not posted since her post of May 27.

Then Frank Report published the story of the Faceboo0k post, and several follow-up stories. It went viral and was followed by numerous others, including TikTok celebrity Robbie Harvey, whose series was damning and wildly popular.

## Kassenoff on Leave



As a result of the publicity, Kaasenoff, a shareholder at Greenberg Traurig, with offices at One Vanderbilt Avenue, New York City has taken a leave of absence.



Allan won't be going to his office at One Vanderbilt for the foreseeable future.







9/27/23, 1:53 PM    Allan Kassenoff Makes It in Martindale-Hubbell with 1+ Million lawyers 2.1 Martindale-Hubbell - Frank Report

Case 3:23-cv-24085-TKW-ZGB    Document 11-1    Filed 11/27/23    Page 5 of 36



In a statement, Greenberg Traurig wrote:

> **Allan Kassenoff has been involved in a divorce and custody matter that has been going on for more than 4 years.**
>
> **After lengthy trials and reviewing all the facts, including some videos, none of the 4 judges who presided over the trials or the 2 court-appointed neutral forensic evaluators found him to have committed wrongdoing or abuse as to his children or the contended domestic violence, and instead awarded him sole legal and physical custody of their three children.**
>
> **Nevertheless, the firm will be conducting its own investigation to determine his status with the firm. In the meantime, he is taking a voluntary leave of absence to focus on his family.**

It is unclear where Greenberg Truarig is getting their facts. There has not been a trial.

## Patent Infringement

Kassenoff is a trial attorney with over 20 years of experience. His clients include Samsung, Amazon.com, General Mills, Garmin, Toys 'R' Us, Alcoa, Reynolds, Office Depot, Sears, Pfizer, Union Carbide, Rockefeller University, and Chiron.

## Catherine Law Career

Catherine Kassenoff  was/is also a lawyer.

From 2000 until the beginning of 2005, she served as Assistant U.S. Attorney in the criminal division of the United States Attorney's Office for the Eastern District of New York.

Later, she was Senior Counsel at Citigroup, Inc. for two years, Director of Corporate Compliance at Edison Learning, Inc. for a year, Chief Litigation Counsel at GAF Materials Corp. for three years, and Executive Director/Head of U.S. Litigation and Government Investigations at Boehringer Ingelheim Pharmaceuticals for two years.

9/27/23, 1:53 PM
Case 3:23-cv-24085-TKW-ZGB
Document 11
Filed 11/27/23
Page 6 of 36
Allan Kassenoff Ranks #1 in 1.001 Visibility of 2.1 Million Lawyers, Says Martindale-Hubbell | Frank Report

In March 2015, Catherine took a position as Special Counsel for Ethics, Risk & Compliance for the Energy and Finance Sub-Cabinet of New York Governor Andrew Cuomo.

In January 2022, Larchmont police arrested Catherine on Allan's complaint that she violated a protective order which required her to keep a one mile distance from her children.

Catherine claims her husband informed the governor's office of her arrest, which led to her firing from her $170,000 per year position.

Westchester County Assistant District Attorney Christine Paska prosecuted the case. But after several months, the DA dropped the charges because there was no valid protection order. One had expired, and the other order had never been legally served on the day of Catherine's arrest.

Shortly after the charges were dropped, the ADA Paska went to work for the attorney for the Kaassenoff children, Carol Most.

Family Court Judge Susan Capeci found Most concealed from the court her recruitment of Paska while prosecuting Catherine, and altered and destroyed emails written by Allan "because they were inflammatory."

Judge Capeci penalized Most by cancelling $113,331 in unpaid legal fees she billed on the case.

What Allan Kassenoff can expect in the future based on his legal victory over his wife is hard to predict. His popularity is buoyed by a series of videos, which include him, in front of the children, calling his wife, "this thing," "a fat old loser who I hate," and "I hate you Catherine. I hate you. I regret every minute of my life the fact that I met you."

The last statement concerning regret for life, uttered by Allan years ago, when the unhappy couple lived together, may end up being eerily prophetic.



Frank Parlato

About the author

Case 3:23-cv-24085-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 7 of 36



## Frank Parlato

## Please leave a comment: Your opinion is important to us! (Email & username are optional. To leave a name, click on the email icon)

---

**Greenberg Traurig Scrubs Allan Kassenoff From Website - Frank Report**

June 9, 2023 at 3:19 am

[...] As we reported yesterday, Allan Kassenoff Tops Martindale-Hubbell with #1 Profile Visibility Among 2.1 Million Lawyers [...]

REPLY



**Forever mommy**

June 8, 2023 at 9:59 pm

Thank you for continuing to cover Catherine's story. It's a custody story far too similar for many of us.

REPLY



How many parents, grandparents and guardians went through the same "family court" nightmare"?

June 9, 2023 at 5:58 am

It's been about forty years in about ten nations: America, Canada, Argentina, The United Kingdom,

  

9/27/23, 1:53 PM
Case 3:23-cv-24085-TKW-ZGB    Document 11-1    Filed 11/27/23    Page 8 of 36
Allan Kassenoff Makes #1 in Profile Visibility of 2.1 million lawyers. 2 Martindale-Hubbell | Frank Report

REPLY



### … Australia …
June 10, 2023 at 4:08 am

"… What do you do when children disclose horrific sexual abuse: COVER IT UP, OR PROTECT THEM ? The Australian Federal Police (AFP) Operation Noetic started when they began constructing a case to criminalise a number of innocent people helping to protect children who had made multiple disclosures of sexual abuse.

According to the AFP it is the biggest criminal case in Australian legal history.

It was alleged by the AFP that a number of people including parents and grandparents harboured and/or abducted their own children and grandchildren, when in reality they had fled with those children to protect them from being returned by the Family Court of Australia to their alleged abusers. In one instance a grandmother actually had lawful custody of her grandchild at the time she was charged, how can you harbour or abduct a child when you have lawful custody awarded by the Family Court …?"

https://worldfreedomalliance.org/au/news/protecting-children-grandchildrenexposing-operation-noetics/

REPLY



### Anderson's Mom
June 8, 2023 at 8:03 pm

"Judge never found him to have done wrongdoing" ok paraphrase- but the sane old sane old is they never find mothers in these dv cases who lose custody to abusers to have done any wrong. Sometime judges even go so far to the Baird as to diagnose them! Unlicensed practice of medicine for sure

REPLY



### court news
June 8, 2023 at 7:37 pm

Allan Kassenoff's Profile has been Officially REMOVED from the Greenberg Traurig website. 23+

   

9/27/23, 1:53 PM — Allan Kassenoff Takes #1 in Profile Visibility of 2.1 Million Lawyers ... Martindale Hubbell - Frank Report

Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 9 of 36

REPLY



**Anonymous**
June 8, 2023 at 9:10 pm

Wow wowie wow, that is some court news!

REPLY



**He's on leave. So what?**
June 9, 2023 at 6:34 am

That's what usually happen when someone's on leave. The law firm doesn't want to stress out their already-stressed out receptionists. That's a good thing, right? The removal of his photo and information from the website doesn't tell us whether or not Allan is sorry for what he did.

Whether or not he's truly sorry for anything in the past, every unethical person mismanaging cases in Westchester courts should be on leave as soon as possible to prevent that kind of damage in the future. How many cases just like Catherine's case will be mismanaged in Westchester family court offices today? Today's Friday. The courts are open today, closed this weekend and will re-open Monday morning.

Do Project Veritas-style cameras make it through those metal detectors? Is undercover recording legal in New York?
Cell phone recordings are good for transcripts to catch every word. Is it legal for citizens to document crimes? No recordings are required when court transcripts and invoices speak for themselves.

Remember all those outraged parents at school board meetings reading "children's books" out loud to school board members? Just as rightfully outraged parents shined a bright light on what public school administrators have been doing to our children in public schools, parents, grandparents and guardians can shine that kind of bright light on America's "family courts".

To address the lack of ethics, corruption and fraud upon what should be our family courts, focus on the head, not the tail. Everything Allan was allowed and encouraged to do to Catherine are symptoms. Find the cause.

REPLY



June 10, 2023 at 2:06 pm

Who the hell is Robbie Harvey ?!? He isn't looking for any justice for Catherine !!! He's enjoying his moment of fame & tik tok views ! What man , person puts out old videos (shows the children) beefs up a story , destroys a family !!! Yay!!! I is he ready to financially secure these kids future !! I would bet no !!!

REPLY



### Anonymous

June 11, 2023 at 11:28 am

I can't believe anyone could stand to watch Robbie Harvey's fake crying. People are sick.

REPLY



### Proof is in the Pudding

July 4, 2023 at 5:26 am

Robbie Harvey is a great story teller – he pauses on que , quivers as he pretends to hold back tears ! He doesn't have a decent bone in his body profiting from his claim to having been a bad husband & for cheating on his wife ! That gives him the right to now cast judgement on others & to act as judge & jury on those he deems deserve his wrath

REPLY



### Nice Guy Logical Perspective

June 8, 2023 at 4:10 pm

Dear, dear, people,

RE Allen's Ranking:

Don't believe Bull Shit!!!

Hillary Clinton was continually ranked one of the top US attorneys in the US, usually in the top and twice she was named in the top 100 of most influential attorneys.

What did she do? I have no idea. Good luck finding an actual accomplishment. The list was

And so the question that begs to be asked.

WTF did Allen really do?

REPLY



### Clifton Parker
June 8, 2023 at 5:02 pm

It only speaks of how many times his profile was viewed....not about his accomplishments or anything else. Apparently MANY people googled to see who this dirtbag is. "Profile Visibility is based on the total number of weekly profile views. It provides a weekly snapshot of which profiles users are viewing on martindale.com in the form of a ranking."

REPLY



### Nice Guy Logical Perspective
June 8, 2023 at 9:18 pm

Earlier:

I added an additional explanation to my the point of my comment.

It was this:

"Allen did not do ANYTHING to warrant so many clicks! He had to have paid someone. His accomplishments are "zilch" in terms of accomplishments."

REPLY



### Not today Satan
June 8, 2023 at 5:50 pm

Apparently people are mad he yelled at his kids. Personally I would have spanked them and slapped that stupid phone out of her hand.

REPLY



### Trailer park trash

9/27/23, 1:53 PM      Allan Kassenoff Makes It in Poor Visibility of 2-1 Million Lawyers on Martindale-Hubbell - Frank Report

Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 12 of 36

Go back in your trailer ! I think your fried SPAM is burning. Oh wait that was just one of the many cockroaches in your pathetic, dismal world that fell in with your din din.

Go get yo EBT on and leave us alone.

REPLY



### Anonymous
June 11, 2023 at 11:55 am

😂😂😂😂😂

REPLY



### Not a court for families.
June 10, 2023 at 4:27 am

Some good people yell at their children. Yelling, screaming and helpless out-of-control juvenile behavior isn't the only problem. The main problem is the corrupted for-profit "family court" system that created the stress and conflict which apparently increased the husband's yelling, screaming, and helpless out-of-control juvenile behavior which added to the stress that harmed the children and fed the cancer.

Money from conflict and order out of chaos and is a win-win for those who rigged that system.

REPLY



### Wise Wizard of Oz
June 10, 2023 at 2:12 pm

Finally the smartest statement I have read ! I'm amazed how he didn't slap that phone out of her hands !

REPLY



### Anonymous
June 10, 2023 at 4:46 pm



### What a CON MAN
June 10, 2023 at 2:09 pm

WTF do you do every day to provide for your family ? What credit do you deserve ? Why do you care what is functions as an attorney were

REPLY



### El Ciclón y la Araña
June 8, 2023 at 3:10 pm

A question about Allison Mack.
When does she get out of prison?

REPLY



### Janine Morrison
June 8, 2023 at 4:35 pm

The BOP website still lists her release date as July 3, 2023 – less than a month away.

REPLY



### Anonymous
June 8, 2023 at 9:22 pm

KEVIN is planning something!

Why else did he disappear!

I hope ALLISON MACK's parents take note!!!!

Seriously!

He's nuts!

REPLY

9/27/23, 1:53 PM        Allan Kassenoff Tops in Martindale-Hubbell with 1 Profile Visibility Among 2.1 Million Lawyers | Frank Report

Case 3:23-cv-24085-TKW-ZCB  Document 11-1  Filed 11/27/23  Page 14 of 36



June 8, 2023 at 2:06 pm

I'm a parent at the local
Public school where one of the children attend and I can tell you firsthand that those children love and adore their father. I've never seen fear exhibited by anyone of them. To the contrary he always seemed like a teddy bear to me. We all knew about their contentious divorce as Ms. Kassenoff often emailed the parents of the class her child was in and disparaged her husband. I think you all pulled the trigger too fast. I don't believe she's the saint you're making her out to be to the contrary, seems like she orchestrated all this to extract revenge on her ex and didn't care if her children were caught in the crossfire. But keep "saving" the kids by destroying the one person who has taken care of them these past few years.

REPLY



💐 for 2:06 pm ...
June 8, 2023 at 3:05 pm

Dear parent at the local public school,

The fact that those children love and adore their father is evidence that Catherine didn't alienate them from him.
The fact that he always seemed like a teddy bear to you isn't evidence that he didn't abuse his wife. Their contentious divorce might have something to do with Mr. Kassenoff's "open marriage".

Her emails to the parents of the class her child was in might have been a cry for help. Did anyone help her?

Orchestrating Mr. Abram's perversions is something he did. Orchestrating the conflicts of interest in the case are something Mr. Abrams, Ms. Most and the judge did, right? All that seems to have been to extract revenge on Catherine, rather than "her ex".

Her children were caught in the family court's crossfire. That's why this case should tear down every family court in the nation to rebuild courts that will save kids and destroy no one. Family courts are supposed to help families, not destroy them. Catherine, Allan and their children would have probably all agreed to that a fe years ago if only someone would have offered them that option.

REPLY



**Anonymous**
June 8, 2023 at 6:12 pm

9/27/23, 1:53 PM    Allan Kassenoff Tops B in Profile Visibility of 2.1 Million Lawyers on Martindale-Hubbell - Frank Report

Case 3:23-cv-24085-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 15 of 36

"The fact that those children love and adore their father is evidence that Catherine didn't alienate them from him."

One could counter that is because she didn't have custody so she wasn't able to alienate them anymore.

<span style="color:red">REPLY</span>

 **Anonymous**

June 8, 2023 at 8:36 pm

One with connections can counter anything for any reason in New York Family courts.

<span style="color:red">REPLY</span>

 **Anonymous**

June 9, 2023 at 7:04 am

Catherine had lots
Of connections in high places. So much for your harebrained theory

 **7:04 am ...**

June 9, 2023 at 6:10 pm

"Catherine had lots
Of connections in high places ..."

How did Allan and Gus take her children from her?

 **Anonymous**

June 9, 2023 at 10:50 am

What the fudge? My IQ is lowering while I read this comment.

Hello?
Kids love their folks no matter what they do to them. They are hard wired that way. It's tribal. They seek out their abusers approval. Sometimes even for their whole lives. They blame themselves for

9/27/23, 1:53 PM    Allan Kassenoff Tops B   in Profile Visibility at 2-1 Million Lawyers — Martindale-Hubbell — Frank Report

Case 3:23-cv-34085-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 16 of 36

the abuse. Kids even dissociate. Have memory problems and can very unfortunately acquire serious mental health problems as a result.

One of the reasons why people get so irked over these stories is because we all know that the cycle of abuse is typical. Most often, the abused end up abusing because they conditioned themselves into believing that it was « normal « just to SURVIVE!

This is just typical 101 psychological jargon. But it's true.

Wake up and smell the malarkey.

REPLY



### WAKE UP AND SMELL THE COFFEE

June 10, 2023 at 2:26 pm

You seriously think that Mr Kassenoff orchestrated a whole judicial system in Westchester to go against Catherine ? What about all the motions that were in her favor – was she then buying off the judge agreeing to pay the judge something from all the monies she had been granted !!!
The children love their father has nothing to do with Catherine rather the Father's nurturing of them & providing a stable home ! In fact Catherine would try to alienate the father and would become angry when they would ask her stop ! Her cry for help should not have been at the expense of her girls & sending letters to the parents of their classmates . She should have sought out therapy ! This kind of behavior is exactly what the judge told her many times to stop ! She wrote the letters not for her children but to destroy embarrass her ex

REPLY



### Child Abuse at the highest level

July 4, 2023 at 5:38 am

Where is it stated that if they had an open marriage it was one sided ! We have read on the Frank Report that Catherine had an affair with a married man & in fact wanted her husband to help set up her boyfriend so that his wife would find out & leave him !
The children adored their father because Catherine didn't have time to alienate them from him ! The courts saw right away her agenda to want to use the girls as pawns to get back at her ex !
I think it's time for someone to reveal a death certificate or produce Catherine because what is happening now the children not knowing if their mother is dead or alive for such a long period of time is worse than any video tapes of both of them – in fact it raises the level of child abuse to a whole new level !

9/27/23, 1:53 PM    Allan Kassenoff Tops Martindale-Hubbell with 1 Profile Visibility Among 2.1 Million Lawyers | Frank Report

Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 17 of 36



**Anonymous**

June 8, 2023 at 3:08 pm

A lot of people are going to look very silly when this woman is shown to be very much alive

REPLY



**Nutjob**

June 8, 2023 at 3:21 pm

Call Frank and go on the record. I speak from experience when I say:
1. He'll keep you anonymous if you want him to.
2. He'll check out you're story to make sure it isn't bbbbbulshit.
3. He'll report what you tell him as long as it isn't bbbbbulshit.
4. You'll actually be doing something to support Allan as opposed to coming off as being his shill who's typing bbbbbullshit.

REPLY



**Anonymous**

June 8, 2023 at 3:35 pm

Catherine may not be perfect. That's not the standard for parenting or I assume you'd admit that Allan shouldn't a parent either. Clearly he's not perfect himself. The point is that she lost ALL parenting rights, a grossly cruel outcome and one that makes no sense except in the sick world of family court where it's essentially pay to play and mothers are held to a different standard than fathers.

REPLY



**Max**

June 8, 2023 at 4:43 pm

What I wonder, though, is what you make of all the screaming at the kids that he does on the videos, the fact the daughters were telling that she didn't want to go with "this crazy guy", or any of it?

REPLY

Allan Kassenoff makes B in Documentary of 2-1 Million Lawyers on Martindale-Hubbell Frank Report



### Hmm

June 8, 2023 at 6:26 pm

Um, kids who are actually afraid of their parents don't backtalk them and call them "that crazy guy" within their earshot. Just saying.

REPLY



### Seek help, gaslighter

June 9, 2023 at 11:00 am

Dear hmm. You think that a child's mind but be catatonic in order to prove it was terrified? You are greatly mistaken.

He IS crazy guy. You just can't get that children are much smarter than you give them credit for. Kids crave stability and sanity. They are extremely honest. Kids probably love their dad but just don't want to be around his insanity.

Dissociation.
Dissociation occurs right at that point. The child vehemently knows what is right from wrong, expresses it, then when forced back into the hands of insanity, slowly by slowly, the child starts to doubt their OWN SANITY! And it becomes a gaslighters wet dream.

With all due respect, I wonder if you are in great denial about some of your own upbringing. I wouldn't be surprised if you might also be capable of abusing people without knowing it.

Seek help fast .

REPLY



### Anonymous

June 10, 2023 at 4:49 pm

The dad was not abusive. Period.



### Anonymous

June 8, 2023 at 9:52 pm

Thank you for thinking about the children. My heart in this story is with the children. There is no

  

9/27/23, 1:53 PM    Allan Kassenoff takes #1 in profile visibility of 2.1 Million lawyers on Martindale-Hubbell | Frank Report

Case 3:23-cv-24085-TKW-ZCB    Document 11-1    Filed 11/27/23    Page 19 of 36

REPLY



**christina stillman**

June 8, 2023 at 4:54 pm

Have you seen the videos ? Absolutely horrible . I guess you excuse his disgusting behavior and you are putting her down for disparaging him in emails . Seriously ?

REPLY



**Just saying**

June 8, 2023 at 6:27 pm

The relationship was toxic, which is why they divorced. I'm sure if you video most couples still living together after the marriage is over, you'll capture some ugly moments.

REPLY



**High-conflict is good for business in "family court" upside-down world.** 

June 9, 2023 at 6:42 am

"Coming to this conference enables me to get listed in an online referral service for new clients and that's important to me. This symposium is also focused on high conflict cases that generate big revenue streams to my practice. The little money that I'll be spending to go to this conference will be the best investment I'll make in my practice all year long."



Parental Alienation Family Law vide…

REPLY



**Just saying**

June 8, 2023 at 6:29 pm

Thank you for this comment. It's shocking how quickly the mob wants to come for this man based



### Mainstream news: "Everything is a war zone."
June 9, 2023 at 9:50 am

Half of the country is supposed to hate Trump, hate Putin, love Biden and love Zelensky. No one likes Lindsay Graham or John McCain, but Slava Ukraini 🇺🇦 anyway.

Why?

"The conscious and intelligent manipulation of the organized habits and opinions of the masses is an important element in democratic society. Those who manipulate this unseen mechanism of society constitute an invisible government which is the true ruling power of our country. We are governed, our minds are molded, our tastes formed, and our ideas suggested, largely by men we have never heard of…. It is they who pull the wires that control the public mind."

A few decades after Bernays wrote "The conscious and intelligent manipulation of the organized habits and opinions of the masses is an important element in democratic society." half of America was happy to bomb Libya. Mob mentality is that easy. So, was the mob in Benghazi about the "Innocence of Muslims" film or weapons trafficking from Benghazi to Syria? Or, was it actually about the central banks?

Sara Bronfman and Joe Lieberman worked in Libya, so they probably know.

Here's "an aerial view of One Vanderbilt (Allan's office building) looking over the Bank of China on February 4th, 2021 in New York City." https://www.gettyimages.com/detail/news-photo/an-aerial-view-of-one-vanderbilt-looking-over-the-bank-of-news-photo/1301789191

The loan for Allan's office building was said to be the "largest non-portfolio Single Asset, Single Borrower CMBS securitization in history". The Bank of China was one of the lenders. Supermarket tabloids won't tell us which central bankers helped establish the Republic of China in 1912 or why President Sun Yat-sen's government created the Bank of China or how the Bank of China is now the fourth largest bank in the world that owns part of Allan's office building.

If Edward Bernays were still around, he would probably be able to tell us. He could probably make us think anything about the Bank of China, just like Dr. Abrams and Ms. Most were able to tell Catherine's children what to think. But, it's 2023. What difference does it make?

Bad propaganda hides truth. Good propaganda can prompt good people to want to know the truth. We never met Muammar al-Qaddafi. We never met Allan. We don't know what happened in Westchester County family courts and we don't know what happened in Libya. Was Qaddafi really planning an African currency for all African nations? Was Allan really planning to marry another woman? Was Catherine's mission in Switzerland a suicide mission to end the pain just for herself or

Did — or does — Catherine hope her case can reform family courts in Westchester County ... in New York? ... in America or around the world? The propaganda and the publicity surrounding her case might wake up enough people enough to make enough people want to know who did what, when, why, where and how in Westchester, New York.

Coincidentally, Ossining village is in Westchester County and Penny Lernoux's body was buried there. Like Catherine, Penny was a brilliant woman who tried to warn us about those who sell conflict for profit. Penny also suffered from cancer and passed away in 1989. Like Catherine, Penny fought the good fight and eventually found herself helpless. She wrote: 'I who always wanted to be the champion of the poor am just as helpless—that I, too, must hold out my begging bowl; that I must learn—am learning—the ultimate powerlessness of Christ. It is a cleansing experience. So many things seem less important, or not at all . . ."

Here's audio of Penny speaking about her book, "In Banks We Trust" from the Iowa State University Lecture Series: https://iastate.aviaryplatform.com/collections/1150/collection_resources/36653

May Penny rest in peace. May Catherine rest in peace too, if she's really gone.

REPLY



### If big banks and British spies still fool the world ...

June 9, 2023 at 6:24 pm

... did they create Gardner's "family courts" to weaken families ... to control nations? 🤔

"THE WORLD NEW YORK
29 MAY 1916

MISSING CHINESE GODDESS TALISMAN FOR SUN YAT SEN?

Reward of $10,000 Offered for Jade Image of Kwannon, Believed to Have Been Stolen from Revolutionary Leader

She Commands Allegiance of 1,500,000 People.

It is reported in Washington tonight that a missing jade image of Kwannon, the Chinese Goddess of Mercy, for the recovery of which a $10,000 reward has been advertised in The World, is none other than the potent and mysterious talisman that was stolen from Dr. Sun Yat Sen, the Chinese revolutionary, in August 1914, at San Francisco.

The allegiance of 1,500,000 worshippers in China is said to be linked up with the possession of this particular image of Kwannon, on account of its having no known counterpart in the world.

jade might put the allegiance of the faithful.

A Big Reward.

The $10,000 reward was advertised by Henry C. Stuart, No. 2819 Woodley Place. In his absence to-day his secretary, Mr. Crowley, saying that no publicity is desired in the matter, would go little further than to confirm that "S. Y. S." are the initials of the man who lost the gem, and that the reward will be, paid for its return intact, or for information leading to the recovery, But he did add: "It commands an absolute life and death service from 1,500,000 people."

Holds Lotus Flower.

The image is eight inches high, and stands on a dragon, with a lotus flower in one hand and a string of beads in the other.

There are many who attribute to the missing gem the failure of the Sun Yat Sen revolution, after the overthrow of the Emperor, to establish a permanent republic in China.

"Mr. Stuart is one of the most trusted confidants of the one from whom the idol was stolen," declared Crowley today, "and only about two months ago sent an ambassador to this man where he was in practical exile, immediately this ambassador cabled back that the idol must be recovered."

The real value of the jade idol as a jewel does not exceed $500. "

https://www.100thmonkeypress.com/biblio/acrowley/articles/1916_05_29_world.pdf

REPLY



### The 1960s "family court" template: Marxist "thought reorientation" around the world ...

June 10, 2023 at 4:50 am

"... Without Yale's support, Mao Tse Tung may never have risen from obscurity to command China.

Jonathan Spence, professor of Chinese history, was the first to discover Mao-Tse-Tung's connection with Yale.

The professor noted, "In 1919, Mao, aged 26, was in Changsa, having finished his middle school education. He visited Peking and while there received his...serious introduction to communist theory in Li Ta-chao's Marxist Study Group.

"Now, if he wanted to develop a reputation in socialist circles, he had to find a forum to propagate

At this crucial point the student union of Yale-in-China invited Mao to take over the editorship of their journal."

Mao accepted the position and changed the format of the student magazine: it would now deal with social criticism and current problems and focus on "thought reorientation" …"

https://psypolitics.org/2020/07/05/the-political-career-of-mao-yale-and-the-reorientation-of-thought/

 **Melissa**
June 8, 2023 at 6:47 pm

Are you serious???? Have you seen the same videos that we have all seen? This is a man who be rated and belittled his children's mother in front of the children. He acted like a spoiled toddler and you came here to defend him? This woman was dying of cancer and had one request to see her children one last time, and you think that's OK that he kept them from her? He must've paid you very well for this comment. This is disgusting.

REPLY

 **Anonymous**
June 8, 2023 at 8:53 pm

"This woman was dying of cancer and had one request to see her children one last time, and you think that's OK that he kept them from her?"

This is a complete and utter lie. She was given unsupervised visitation on May 14 but didn't show. And she never told the husband the cancer was back. No one denied her a final visit. This is a complete and utter falsehood.

REPLY



### WAKE UP AND SMELL THE COFFEE
June 10, 2023 at 2:40 pm

Oh and btw who did she tell that she had cancer and requested a last visit with her children .... NO ONE not her ex nor the courts

REPLY



### WAKE UP AND SMELL THE COFFEE
June 10, 2023 at 2:39 pm

When your kids were younger or even now if I set up a camera in each of your homes I'm sure it will record raging parents at their kids & spouses ! Everyone is writing as if they are saints & holier than thou ! Seriously we have all hit our limit at some point and lost it ! Everyone acts like their homes are picture perfect

REPLY



### Anonymous
June 8, 2023 at 7:00 pm

Most people thought Ted Bundy was a great guy.

REPLY



### Bucket of water on hand
June 8, 2023 at 8:11 pm

You anonymous school pal aka flying monkey:
You don't know what goes on behind closed doors. Children of narcissists have eroded sense of self- the abused protect the abuser as to preserve themselves- kids will only complain when it's safe- clearly the creeps involved never made it safe. Ask yourself: "what kind of person keeps children from seeing their dying mother?" A creep who doesn't care about his children; someone with faulty wiring. What kind of people become flying monkeys -such as you just did- for these abjectly evil people? The naive
People who can make money from these sick events are not naive, but just as evil as the perpetrators

REPLY



### WAKE UP AND SMELL THE COFFEE

June 10, 2023 at 2:36 pm

I read that she never informed her ex , her children , not even her mother or court attorneys that she was dying ? Her medical history doesn't show she was dying …

REPLY



### Anonymous

June 11, 2023 at 11:32 am

"Ask yourself: "what kind of person keeps children from seeing their dying mother?"

Not Allan and not the family courts. She admitted in her Facebook goodbye post that she never told Allan about her alleged terminal diagnosis.

The courts granted her permission on May 14 to see the girls unsupervised. Catherine didn't show.

13 days later she is supposedly in Switzerland, taking her life. ???

It doesn't make sense.

REPLY



### A WHAT ????

July 4, 2023 at 5:51 am

Please define narcissist ? It seems the word is thrown around to loosely

REPLY



### Anna Parker

June 8, 2023 at 9:48 pm

There is always a flying monkey.

REPLY



### DottieHinkle

 

9/27/23, 1:53 PM — Allan Kassenoff Peaks a 1 Profile Visibility at 2-1 Million Lawyers—Martindale-Hubbell | Frank Report

Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 27 of 36

I am sure you have a copy of that email to show us? Please post it or I will consider it false information.

REPLY



### Anonymous

June 8, 2023 at 2:02 pm

There are over 3000 filings in this case and we are ruining a man because of a private fight he had with his kids. You think she was so innocent. There's nowhere in these videos where even she says I can't drive her to school because I'm in bed with cancer. This works is too quick to judge and not ready to accept that there's probably very damning evidence of her abuse that he may be concealing to protect his children. This is a disgrace. This isn't real reporting. This is sensational journalism (too kind by calling this that)
If you're really curious and really care get to the truth before destroying these girls lives by destroying their father.

REPLY



### Anonymous

June 8, 2023 at 4:02 pm

What sort of father would refuse his ex her children? Really? Have you considered that? Many people can't stand their ex's. Many many people have acrimonious divorces. They lie, they cheat, they abuse. I don't even care that much about all the stupid videos out there of Allan screaming. In fact I think they're inflammatory and beside the point. What makes this different is that Allan went next level – he prevented Catherine from having a relationship with her own kids, the cruelest action a father can take. Even if a stupid hack custody evaluator like Abrams recommended it, any normal decent person would pause and say 'hey, we had these children together, we should find a way to both raise them'.

Do you not see this??

REPLY



### 3,000 filings

June 8, 2023 at 5:23 pm

"There are over 3000 filings in this case "

Imagine 3,000 balloons in your home; 3,000 fleas in your carpet; 3,000 weeds in your lawn; 3,000 pimples on your body; 3,000 cavities in your teeth; 3,000 doorbell rings in a year; 3,000 coughs in your face; 3,000 swears from strangers; 3,000 dents in your car; 3,000 days of smoky skies; 3,000 earthquake tremors and 3,000 hurricanes.

Catherine probably would have gladly accepted all of the above — all at the same time — in exchange for those 3,000 filings. Catherine's 3,000 reasons to stay awake at night were about New York Family courts taking her children, her home, her career, her future and her life. Those who caused the harm and those who allowed the harm to continue must be held accountable.

REPLY



**Allison Scott**
June 8, 2023 at 6:11 pm

Here's the video. Post surgery means her double mastectomy from breast cancer just in case you need it spelled out:

https://www.facebook.com/catherine.y.kassenoff/videos/1403624803718670

I'm sure if there was video of Catherine abusive behavior, it would have made its way into the hands of Allan's lawyer then into at least 1 of those 3000 filings. There would be court records somewhere. I'm willing to keep an open mind but so far I have seen nothing on Catherine's behalf that warrants destroying her relationship with her children. If you have evidence, I'm sure everyone would love to see it.

REPLY



**Laurel C.**
June 8, 2023 at 12:46 pm

Too bad it isn't due to his brilliant legal mind, but instead being a cruel husband & father

REPLY



**ShadowState1958**
June 8, 2023 at 11:50 am

I would not be surprised if one can improve one's visibility on Martindale Hubbell with a cash

Case 3:23-cv-24085-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 29 of 36

Martindale Hubbell lawyer ratings: now for only $59 (operators are standing by)
When I graduated from law school, the Martindale Hubbell ratings were considered by many attorneys to be some sort of gold standard. The Martindale Hubbell books were in almost every law firm library, and in every federal judge's library.

Whenever the judge I clerked for didn't know a lawyer in one of his cases, we'd consult those books to see where he or she graduated from law school. The ratings were interesting, but not very helpful (as I explained once before).

Most attorneys paid to be listed in the Martindale Hubbell. It was a good way to make yourself known to attorneys in other jurisdictions who were looking to hire counsel outside their state.
https://ernietheattorney.net/martindale-hubbell-lawyer-ratings-now-for-only-59-operators/

In America everything is for sale.

REPLY



### Atlanta Braves
June 8, 2023 at 9:25 pm

Your an attorney?

Oh right! I forgot!

REPLY



### Anonymous
June 8, 2023 at 11:42 am

Does anyone else find it ironic that it could be two divorcing attorneys that could possibly be the start to bring the money making scam to an end?

REPLY



### Anonymous
June 8, 2023 at 5:54 pm

A great reason that should happen.

REPLY

9/27/23, 1:53 PM
Allan Kassenoff Tops Martindale-Hubbell with 1 Profile Visibility Among 2.1 Million Lawyers - Frank Report

Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 30 of 36



### FRAUD and racketeering

June 8, 2023 at 11:25 am

Love how they admit to viewing "some of the videos".

Really? With the scripted "lengthy trials" and millions spent, all of the videos were not viewed?

Let's ask Carol Most- did she view the video evidence? Did anyone?

Not likely. The goal of attorneys and gals is to keep all evidence out of the court and slander and malign an innocent mother.

Steal their children- claim debunked alienation which then morphs into diagnosis of "unspecified personality disorder" which does not exist as a stand alone condition. FRAUD

REPLY



### Carol Most and Paska must be disbarred

June 8, 2023 at 11:20 am

Why does Paska get to keep her job with monster Most when there was a conflict of interest?

How can Most be permitted to do that kind of recruiting and get away with it?

Dirty, dirty court actors with blood on their hands.

REPLY



### Crazy, right? Or, one big joke on us?

June 13, 2023 at 10:51 pm

Conflicts of interest, collusion, perjury, libel, slander, extortion, tampering with evidence, medical malpractice, legal malpractice, fraud upon the court … all allowed and enabled in America's "family courts" — and most of the public has no idea it's been happening for the past forty years.

REPLY



### Kailin Wang

June 8, 2023 at 10:50 am

This is beautiful. Also @therabbihoryou is at 33+ Million Views, thank you for bringing awareness to

9/27/23, 1:53 PM
Case 3:23-cv-24085-TKW-ZCB Document 11-1 Filed 11/27/23 Page 31 of 36
Allan Kassenoff Makes #1 in Profile Visibility of 2.1 Million Lawyers on Martindale-Hubbell - Frank Report

lang=en

REPLY



### Staci Murawski
June 8, 2023 at 9:45 pm

I have only known of this story from social media. I am a multiple victim/survivor/warrior of abuse(s).
The environment that existed in their home was toxic, abusive and reminding. The emotional/mental/physical reactions I experienced watching the viral videos on social media were overwhelming at times. After seeing several videos, I not only decided I needed to know more about these people, I read went through all of the evidence she provided.
The parallels I felt between her case and so many other experiences I have had.
My heart is with the children. I wish them peace, and hope, and good life's. I have heard nothing about the children, and support their privacy, which has been violated but with the permission of their now deceased mother. May she rest well. If wish media or some gentle independent news person would update on with this case. Perhaps just for persons like me, victims/survivors/warriors of abuse. This case is sad.


REPLY



### court news
June 8, 2023 at 10:34 pm

Google/DocuSign
Catherine Kassenoff and Allan Kassenoff
June 08, 2023
Catherine Kassenoff's Final Post Before Suicide

https://www.facebook.com/catherine.y.kassenoff/posts/10210295435139796

Google Drive to Catherine Kassenoffs' Court Documents

https://drive.google.com/drive/folders/1ZitsXgychSTNxN4FXFjjoip93w4E6EaN?usp=drive_link

Allan Kassenoff Martindale-Hubbell Profile

https://www.martindale.com/attorney/allan-a-kassenoff-478326/

  

9/27/23, 1:53 PM    Allan Kassenoff Tops Martindale-Hubbell in 1 Profile Visibility Among 2.1 Million Lawyers - Frank Report

Case 3:23-cv-24005-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 32 of 36

https://abovethelaw.com/2023/06/the-biglaw-files-how-power-and-privilege-harm-the-legal-profession/

https://abovethelaw.com/2023/06/biglaw-partners-furious-tirades-go-viral-revealing-family-tragedy/?fbclid=IwAR0-4DxYIb74hkQTBhbs7e6yfYf_G399z-hM6Gh1_X2z0Q2ifQQJAZrQULA

https://frankreport.com/2023/06/08/catherine-kassenoffs-last-mothers-day-message-to-children-allans-lawyer-shoves-back/

https://frankreport.com/2023/06/08/allan-kassenoff-tops-martindale-hubbell-with-1-profile-visibility-among-2-1-million-lawyers/

https://frankreport.com/2023/06/07/final-days-catherine-kassenoff-bought-house-for-kids-then-termination-of-parental-rights-terminal-diagnosis-as-suicide-remains-unconfirmed/

https://frankreport.com/2023/06/06/facebook-posts-and-sexual-misconduct-allegations-dr-abrams-role-in-catherine-kassenoffs-ruin-revealed/

https://frankreport.com/2023/06/04/fr-investigates-catherine-kassenoff-forced-out-of-home-separated-from-children-based-on-findings-of-custody-evaluator-paid-by-father/#comment-227651

https://frankreport.com/2023/06/03/kassenoffs-law-firm-defends-announces-allan-took-leave-to-focus-on-family-fr-will-assist-in-showing-the-truth/

https://frankreport.com/2023/06/03/raw-emotion-and-rage-18-videos-of-allan-kassenoff-with-catherines-shocking-descriptions/#comment-227083

https://frankreport.com/2023/06/02/how-greenberg-traurig-lawyer-allan-kassenoff-used-family-court-to-end-catherine-kassenoffs-life-steal-3-children-and-who-conspired-with-him/

https://frankreport.com/2023/05/31/catherine-kassenoff-lost-her-kids-home-health-savings-and-life-through-crafty-husband-family-court-play/

https://frankreport.com/2023/05/28/is-she-dead-final-post-from-mother-who-lost-her-kids-through-family-court-to-wealthy-attorney-husband/

https://msmagazine.com/2023/06/05/catherine-kassenoff-death-child-custody-divorce-court/

Videos of Allan Kassenoff's Abuse & Family Court Corruption

https://www.tiktok.com/@therobbieharvey/video/7242374472500792622?is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

https://www.tiktok.com/@therobbieharvey/video/7241983224283450666?is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

https://www.tiktok.com/@therobbieharvey/video/7241174878207069486?
is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

https://www.tiktok.com/@therobbieharvey/video/7240453967728168234?
is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

https://www.tiktok.com/@therobbieharvey/video/7240063019391225131?
is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

https://www.tiktok.com/@therobbieharvey/video/7239750147268267306?
is_from_webapp=1&sender_device=pc&web_id=7232341215227561518

News

https://westchester.news12.com/estranged-husband-of-deceased-westchester-family-court-activist-
on-leave-amid-probe-of-suicide-note-allegations

https://westchester.news12.com/westchester-family-court-activist-apparently-dies-by-assisted-
suicide-during-battle-for-kids-cancer-diagnosis

NY Judges that made Catherine Kassenoff Childless, Homeless

Judge Lewis Lubell ruled Allan should have sole custody of the kids and sole possession of the family
home in Larchmont. He ordered Catherine evicted without notice. lLubell@nycourts.gov

Judge Nancy Quinn Koba, who, without hearing from Catherine or the children, signed orders to
keep Catherine away from her children nkoba@nycourts.gov

Dr. Marc Abrams [above], custody evaluator #1. His recommendation: Because the mother
"alienated" the children from their father, they should have no contact with their mother without a
paid visitation supervisor listening to every word between mother and child.
drabrams@drmarcabrams.com

Carol Most, attorney for the children, reportedly billed $270,000 to work for the "best interest of the
children." She recommended the court remove the mother from the children's lives.
gd@dimolaw.com; carolmost@cwmost.com;

Let's not forget Dr. Kathleen E Mckay, MD. Dr. Kathleen McKay, the second custody evaluator, who
replaced Dr. Abrams. Dr. Mckay decided Catherine should not see the children at all, even with a
visitation supervisor, denying Catherine's last wish to see her children before she died.
https://www.vitals.com/doctors/1sk5x2/kathleen-mckay
https://doctor.webmd.com/doctor/kathleen-mckay-5d858624-6a34-4436-a8d0-a38571a9fe89-
overview https://www.ratemds.com/doctor-ratings/2843759/Dr-KATHLEEN+E.-MCKAY-Hartsdale-
NY.html

REPLY



### Family courts are so official, too.
June 8, 2023 at 10:25 am

"… It's official. The $3 billion refinance for One Vanderbilt —the sky-scraping, trophy office tower that's been the talk of the town the past few years — has closed.

Wells Fargo (WFC) and Goldman Sachs (GS) led the 10-year, fixed-rate, commercial mortgage-backed securities (CMBS) financing, which was securitized in the SLG Office Trust 2021-OVA single-asset, single-borrower (SASB) transaction.

Other lenders in the deal include Bank of America (BAC), Bank of China (BACHF), Bank of Montreal, Deutsche Bank (DB), JPMorgan Chase (JPM), Barclays (BCS) and Citigroup (C) … "

REPLY



### Re: heavy burdens, restrictions, best interests and other interests
June 8, 2023 at 10:18 am

Maybe someone who knows about The First Amendment where it says, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances" will tell us who tried to silence Catherine.

"… The defendant subsequently moved to vacate the order dated May 25, 2021. In an order dated August 10, 2021, the Supreme Court denied the defendant's motion. The defendant appeals.

The defendant contends that the order dated May 25, 2021, is an unconstitutional prior restraint and content-based restriction on her First Amendment right to free speech. Among the specific objections raised by the defendant are that the restriction placed on the defendant from communicating with her former colleagues at the plaintiff's place of employment about the parties' children is overly broad and would encompass, by way of an example, an invitation to a birthday party for one of the children, and that the restrictions on the parties' social media posts were not supported by any evidence that such restrictions were necessary to protect the best interests of the children.

… A prior restraint on speech is a law, regulation or judicial order that suppresses speech on the basis of the speech's content and in advance of its actual expression" (Karantinidis v Karantinidis, 186 AD3d 1502, 1503). A party seeking to impose such a restraint bears a "heavy burden of

9/27/23, 1:53 PM                    Allan Kassenoff Makes #1 in Profit University of 2-1 Million Lawyers on Martindale-Hubbell | Frank Report

Case 3:23-cv-34085-TKW-ZCB   Document 11-1   Filed 11/27/23   Page 35 of 36

324, 325). Such a party must demonstrate that the speech sought to be restrained is "'likely to produce a clear and present danger of a serious substantive evil that rises far above public inconvenience, annoyance, or unrest'" (Rosenberg Diamond Dev. Corp. v Appel, 290 AD2d 239, 239, quoting Terminiello v Chicago, 337 US 1, 4). An order imposing a prior restraint on speech "must be tailored as precisely as possible to the exact needs of the case …"

https://www.nycourts.gov/courts/ad2/Handdowns/2023/Decisions/D71445.pdf

REPLY



### Paige Bluhdorn
June 8, 2023 at 4:24 pm

The law doesn't exist in family court… This is a perfect example of the problem.

REPLY



### Anonymous
June 8, 2023 at 9:41 am

And I bet you the wife is alive and well!
No legitimate way that this "death" remains unconfirmed

REPLY



### Anonymous
June 8, 2023 at 5:49 pm

Big Law needs Norm to represent the father so the attorneys can wait forty years to tell us what they did.

REPLY



### Glenda
June 8, 2023 at 8:44 pm

Death certificate are not handed out like candy. She was a lawyer and a smart one . Affairs in order. Despite Allan being her husband. He was not listed as next of kin. There is a process and it's out of

Claiming to be the husband and attempting to trump attemps of others to get certificate. He's probably in a state of panic. He's a lawyer and he knows how to hold things up.

REPLY



### Anonymous

June 8, 2023 at 11:18 pm

If Catherine truly isn't deceased then one would have to ask themselves why her attorney would put his law license on the line by appearing on her behalf in court on May 30th, as well as provide a letter on June 5th? A letter that happened to contain enough convincing information for him to be allotted additional time to provide the necessary documents/evidence to confirm her death within the next 4 weeks...🤔

https://www.pacermonitor.com/public/case/43879584/Kassenoff_v_Kasenoff_et_al

REPLY



### Anonymous

June 9, 2023 at 7:09 am

His law license isn't on the line. He believe she is deceased based on her statement until proven otherwise .

REPLY