UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
-------------------------------------------------------X
ALLAN A. KASSENOFF, individually
and as guardian of his minor children
A.K., C.K. and J.K., and
CONSTANTINE GUS DIMOPOULOS,
        *Plaintiffs,*

v.

ROBERT HARVEY,
        *Defendant.*
-------------------------------------------------------X

Case No.: 3:23-cv-24085-TKW-ZCB

Honorable Judge Kent. T Wetherell II

## CERTIFICATE OF COMPLAINCE PURSUANT TO LOCAL RULE 7.1(C)

I, JONATHAN MARC DAVIDOFF, ESQ., hereby certifies the following pursuant to Local Rule 7.1(c):

1. I am the managing member of the Davidoff Law Firm, PLLC, attorneys for Defendant Robert Harvey ("Defendant").

2. I submit this certification pursuant to Local Rule 7.1(c) to certify that Defendant has complied with the attorney-conference requirement of Local Rule 7.1(B).

3. On September 27, 2023, I contacted Plaintiff, Allan A. Kassenoff ("Mr. Kassenoff"), who represents himself *pro se* and his minor children in the instant action, to schedule a meet and confer regarding the issues to be addressed on the instant motion to dismiss.

4. The parties scheduled the meet and confer attorney conference as required by Local Rule 7.1(B) for October 10, 2023.

5. On October 10, 2023, Mr. Kassenoff and I attended the attorney-conference over Zoom which lasted for about an hour or more.

6. During the attorney-conference, I informed Mr. Kassenoff of all of the issues Defendant intended to address in the instant motion to dismiss at which time the parties discussed such contentions and Mr. Kassenoff requested Defendant to provide him with any caselaw to support Defendant's position so he could review such.

7. Defendant's supporting case law was presented to Mr. Kassenoff and further discussed at subsequent meet and confers.

8. During the months of September and October 2023, Mr. Kassenoff and I had numerous conferences, over Zoom, during which the Amended Complaint and the issues raised in the instant Motion to Dismiss, as well as other topics regarding this case, were discussed.

9. During the meet and confers meaningful dialogue was had and each party participated in good faith. However, ultimately none of the issues presented in the instant Motion to Dismiss were not resolved.

10. As such, the instant Motion to Dismiss seeks a judicial resolution of all issues discussed at the meet and confers that were conducted pursuant to Local Rule 7.1(B).

Dated: November 27, 2023

                              DAVIDOFF LAW FIRM, PLLC

By:       ***/JMD/***
      Jonathan Marc Davidoff, Esq.
      Florida Bar Number 179833
      Aaron Renee Resnick, Esq.
      Florida Bar Number
      *Attorneys for Defendant Robert Harvey*
      100 Biscayne Blvd., Suite 1607
      New York, NY 10017
      Telephone: 212-587-5971
      Email: jonathan@davidofflawfirm.com
      Email: aresnick@thefirmmiami.com