UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALLAN A. KASSENOFF**,
individually and as guardian of his
minor children A.K., C.K., and J.K.,

    **Plaintiff**,

v.   Case No. 3:23cv24085-TKW-ZCB

**ROBERT HARVEY**,

    **Defendant**.
_____/

## ORDER DENYING LEAVE TO FILE REPLY

Upon due consideration of Defendant's motion for leave to file a reply (Doc. 15) and Plaintiff's response in opposition (Doc. 17), it is

**ORDERED** that the motion is **DENIED**.  See *GRLPWR, LLC v. Rodriguez*, 2023 WL 6509501 (N.D. Fla. July 27, 2023).

**DONE and ORDERED** this 18th day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**