Allan Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
andrewka1973@outlook.com
(917) 623-8353

January 30, 2024

**VIA ECF**

The Honorable T. Kent Wetherell, II
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, FL 32502-5665

    Re:   *Allan A. Kassenoff et al. v. Robert Harvey*
           Case No. **3:23-CV-24085-TKW-ZCB (N.D. FL.)**

Dear Judge Wetherell:

I am writing to the Court in connection with the Defendant's pending Motion to Dismiss the Amended Complaint (Dkt. 11). Specifically, over the past 24 hours, the Defendant, Mr. Robert Harvey, has posted videos to his various social media accounts concerning Mr. Kassenoff. For example, yesterday, Mr. Harvey posted a video to his Instagram account seeking donations, explaining that he "is being sued for $150 million by a man named Allan Kassenoff" who has "abuse[d] his wife and kids."[1] This morning, Mr. Harvey posted a video to his TikTok page about this lawsuit, falsely claiming that "there's over 3,000 files that have been shared publicly by Catherine Kassenoff."[2] In nothing short of true irony, Mr. Harvey complains in that video that Mr. Kassenoff is *bullying him* by filing the instant lawsuit and again asks his millions of followers to "donate" to his legal defense. *Id.*

---

[1] https://www.instagram.com/reel/C2tMn_SskGg/?igsh=d256dDF1dndraG91.
[2] https://www.tiktok.com/@therobbieharvey/video/7329888926900964654. Mr. Harvey posted the identical video to his Facebook account. https://www.facebook.com/therobbieharvey/videos/1171650907577316.

1

To make matters worse, Mr. Harvey has begun "reposting" some of his old defamatory videos, including one where he states as follows:

> "You know I think I have done 10 videos on this subject [of Allan Kassenoff]. *Not even the worst narcissist on TikTok have been able to provide enough content for 10 videos. But Allan Kassenoff – that's how bad he is. He has provided so much that it has required 10 videos.*"[3]

Mr. Harvey's recent actions are continuing to cause damage to Mr. Kassenoff. For example, Mr. Kassenoff received the following harassing message via Facebook Messenger this morning, no doubt as a result of Mr. Harvey's recent posts:



Moreover, by reigniting his social media campaign against Mr. Kassenoff, Mr. Harvey is compounding the damage he has done by making it even harder for Mr. Kassenoff to find employment. In short, Mr. Harvey has simply not learned his lesson; apparently nothing short of a substantial monetary judgment will cause him to refrain from his defamatory ways.

---

[3] https://www.facebook.com/reel/1534868973777761.  It appears that Mr. Harvey may have subsequently removed this reposted video. However, the video was originally posted by Mr. Harvey to his TikTok account on June 21, 2023. https://www.tiktok.com/@therobbieharvey/video/7247159591526616366 (cited in Amended Complaint (Dkt. 7) at ¶141).

Respectfully,

/s/ *Allan Kassenoff*

Allan Kassenoff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 30, 2024, a true and correct copy of the foregoing document was uploaded to the Court's CM/ECF system, which will send a notice of electronic filing to all parties by operation of the system.

*/s/ Allan Kassenoff*
Allan Kassenoff
