## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| ALLAN A. KASSENOFF, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-24085-TKW-ZCB |
| | ) | |
| v. | ) | **VERIFIED SECOND AMENDED** |
| | ) | **COMPLAINT AND PETITION** |
| | ) | **FOR INJUNCTION FOR** |
| ROBERT HARVEY, | ) | **PROTECTION AGAINST** |
| | ) | **STALKING** |
| Defendant. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

Plaintiff Allan A. Kassenoff ("Plaintiff" or "Petitioner") for his Verified Second Amended Complaint and Petition For Injunction For Protection Against Stalking against Defendant Robert Harvey ("Defendant" or "Respondent") alleges as follows:

### NATURE OF THE ACTION

1.      On May 31, 2023, with a few clicks of his keyboard and a video upload to TikTok, Defendant Robert Harvey financially destroyed Plaintiff Allan Kassenoff and irreparably harmed Mr. Kassenoff's three young children, A.K., C.K. and J.K. (the "Children"), by forcing them into a life where their identities will forever be associated with a bitter and ugly divorce and the suicide of their mother. Harvey's motivation was one thing and one thing only – ***money***.

2.      Defendant Harvey is a so-called social media "influencer" with millions of followers. On or about May 31, 2023, Harvey began creating and uploading false, defamatory and misleading videos to various social media platforms about Mr. Kassenoff in an effort to depict him as an abusive spouse and father who took advantage of the allegedly corrupt Westchester County matrimonial court

system, including by stating that Mr. Kassenoff bribed (i.e., "paid off") everyone to get custody of the Children.  Harvey knew what he was stating was false or, at a minimum, acted with a reckless disregard for the truth.  For example, C.K. contacted Harvey on ***June 1, 2023*** – the very next day after Harvey uploaded his first video attacking Mr. Kassenoff – asking him to "[s]top getting involved [as he doesn't] even know the true story."  But, Harvey chose to disregard C.K. and instead continued creating and uploading dozens more videos to TikTok, Facebook, Instagram and YouTube, as well as making comments on these platforms and "tweets" on Twitter, all of which contain false, defamatory and misleading statements directed at and/or pertaining to Mr. Kassenoff and which were made with negligence, actual malice and a reckless disregard for the truth.  Harvey also instructed his 3,000,000+ followers to bombard Mr. Kassenoff's then employer, Greenberg Traurig, LLP ("GT"), and Samsung, one of GT's biggest clients, with emails, phone calls, voicemails, and social media attacks, resulting in Mr. Kassenoff losing his job.

3.      Even after this case was filed, Harvey continued his lies.  For example, in a September 14, 2023 Facebook post, Harvey falsely claimed that Mr. Kassenoff filed this Action to "keep [Ms. Kassenoff's] story quiet [and] [i]f successful [Harvey's] ability to report on corruption in the courts will be stopped":



**The Robbie Harvey**
17h · 🌐

New York Millionaires have filed a $150,000,000 lawsuit to keep her story quiet. If successful our ability to report on corruption in the courts will be stopped. Meaning Catherine's story, and thousands more, will be silenced.

So we need your help. Click to support! https://gofund.me/37ea75cd

4.      This case is *not* about keeping anyone's story quiet or preventing anyone from reporting on alleged court corruption.  Rather, Mr. Kassenoff brought

this Action for defamation and tortious interference with a business relationship as a result of Harvey (i) making false, defamatory and misleading statements about Mr. Kassenoff and (ii) instructing his 3,000,000+ followers to attack Greenberg Traurig and Samsung in order to get Mr. Kassenoff fired.  The fact that Harvey is still defaming Mr. Kassenoff even *after* being sued demonstrates the importance of this Action and supports an award of punitive damages.

5.     Harvey's course of conduct also caused substantial emotional distress to Mr. Kassenoff and served no legitimate purpose, amounting to both cyberstalking and harassment, as defined in Section 784.048 of the Florida Statutes.  Accordingly, in addition to monetary damages, Mr. Kassenoff is seeking a temporary and permanent injunction pursuant to Section 784.0485 of the Florida Statutes.

## THE PARTIES

6.     Plaintiff Allan Kassenoff is an individual residing in Larchmont, New York.  Until June 11, 2023, he had been a Shareholder in the patent litigation group of the law firm Greenberg Traurig, LLP.

7.     Upon information and belief, Defendant Harvey is an individual residing at 8531 Salt Grass Drive, Pensacola, Florida 32526.  Harvey is a social media "influencer" with millions of followers, including over 3,000,000 on TikTok alone.  Upon information and belief, Harvey makes and uploads virtually all of his social media content while he is physically located in this Judicial District.

## JURISDICTION AND VENUE

8.     Jurisdiction is proper under 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds $75,000.

9.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because Havery resides in Pensacola, Florida and a substantial part of the events giving rise to the claims occurred in this Judicial District.

## STATEMENT OF FACTS

10.     On November 13, 2006, Plaintiff Allan Kassenoff and non-party Catherine Kassenoff ("Ms. Kassenoff") were married.

11.     After suffering years of Ms. Kassenoff's abusive behavior, Mr. Kassenoff filed for divorce on May 24, 2019.  (*Allan Kassenoff v. Catherine Kassenoff*, New York State Supreme Court, Westchester County, Index No. 58217/2019 ("Matrimonial Action"), NYSCEF #1).[1]   Due to her abuse and manipulation of the Children, the matrimonial court awarded Mr. Kassenoff sole custody of the Children while only permitting Ms. Kassenoff supervised access.

12.     On May 4, 2023 – two days after Dr. Kathleen McKay (the second Court-appointed neutral forensic evaluator) submitted her custody report – the presiding judge entered a *sua sponte* Order that "[a]ll visitation between the parties' children . . . and the defendant mother is suspended until further Order of the Court." (Matrimonial Action, NYSCEF #3104).

13.     On May 27, 2023, Ms. Kassenoff publicly posted on Facebook that she is "writing [her] last post ever [as she] will be ending [her] own life" via medically assisted suicide in Switzerland.[2]   Ms. Kassenoff continued, blaming Mr. Kassenoff and the matrimonial court for all of her problems and (falsely) claiming to be a victim of domestic violence.

14.     Ms. Kassenoff also explained in her "suicide" post that all of the "documents from the divorce case etc." are in the possession of Mr. Wayne Baker and suggested that the public "[r]each out to him":

---

[1] The Matrimonial Action was automatically sealed pursuant to § 235 of the New York Domestic Relations Law.

[2] At some point, Ms. Kassenoff's suicide post was removed from Facebook. However, it is available at various Internet sites, including, for example, at https://custodypeace.medium.com/i-ask-that-you-please-keep-telling-my-story-so-that-the-truth-is-known-far-and-wide-a-final-plea-977df260097d.

"My primary contact is Wayne Baker (federallitigator@gmail.com), should you have anything to share with him and who has all my documents from the divorce case etc. Please don't let my demise be in vain. Reach out to him to organize yourselves, use the facts of my case (which Wayne also has access to), and make change. Don't let our children grow up to re-experience this trauma as adults."

15. Lastly, Ms. Kassenoff included a public Dropbox link, which included the Children's mental health records, a small sampling of the 3,137 filings in the Matrimonial Action as of that date, many (but not all) of the court hearing transcripts and some very old videos depicting Mr. Kassenoff and the Children, amongst other things.

### Robert Harvey

16. Defendant Robert Harvey claims to be a "former" narcissist who treated his wife very poorly for years but has somehow "cured" himself and now claims to be the "voice for women." Harvey has described himself on his TikTok profile (@therobbieharvey) as "Amplifying Women's Voices; I Used To Suck As A Husband" and as being "recognized as a voice for women all over [the world]."[3]

17. As Harvey has admitted in a since deleted video apologizing for demeaning women by accusing them of "lowering [their] standards," social media is his "full time job" and he does it *for profit*.[4] Specifically, Harvey rhetorically asked: "Do I profit off of my videos? *The answer is yes.*" Harvey continued: "My [TikTok] channel has become my passion and I hope that I can continue it to be my passion *and make money*." After comparing himself to doctors, police officers, EMTs and firefighters – who have "all made a lot of money off of [Harvey] using those services" – Harvey stood up and turned off a light and said "I still have to pay

---

[3] https://www.tiktok.com/@thatgirlbombpop/video/7252095131174685995.
[4] Although Harvey has deleted his "apology" video, many people on TikTok have saved the video in order to comment on it. One such example can be found at: https://www.tiktok.com/@thatgirlbombpop/video/7251496336942746926.

for that bill so that my children can have lights and air conditioning."

18.    Shortly after Ms. Kassenoff's suicide post, Harvey created and uploaded (i.e., "published") his ***first*** video attacking Mr. Kassenoff.   Upon information and belief, Harvey uploaded that video to TikTok on May 31, 2023. Although that video was subsequently removed (presumably by Harvey or TikTok), Harvey reuploaded it on June 13, 2023.  That video was only the first of many videos created and uploaded by Harvey directed at and/or pertaining to Mr. Kassenoff.  In fact, since Ms. Kassenoff's suicide post, Harvey has created and uploaded approximately 40 videos about Mr. Kassenoff and/or the Kassenoff "story" to TikTok alone (collectively with the other videos created and uploaded by Harvey on any social media platform directed at and/or pertaining to Mr. Kassenoff, the "Harvey Videos" and individually a "Harvey Video").  Harvey has even created a "playlist" entitled "Allan Kassenoff."



19.    Although the Allan Kassenoff "playlist" purported to have "25 posts" (i.e., videos), it only included 24 videos.  Upon information and belief, Part 3 was a video of Harvey demanding that his 3,000,000+ followers "attack" Greenberg Traurig in an effort to get Mr. Kassenoff fired.



20.     Harvey's course of conduct towards Mr. Kassenoff has been willful, malicious and harassing.  In total, ***just on TikTok***, the Harvey Videos have been viewed over 39,000,000 times, "liked" nearly 5,000,000 times and generated over 150,000 comments.[5]  Harvey's videos have defamed Mr. Kassenoff, caused him substantial emotional distress and led to his unemployment.

**Robert Harvey's Slanderous and Malicious Smear Campaign on Social Media**

21.     Harvey, the former Media Director at Levin Papantonio Rafferty, a Pensacola-based personal injury law firm, from 2007-2010, creates videos for social media that typically utilize soft lighting, somber music and facial expressions/head movements (to convey what he wants) while he speaks with a certain cadence – all designed to draw his audience in and manipulate them.  Harvey employed each of these tactics in the Harvey Videos, whereby he depicted Mr. Kassenoff as an abusive spouse and father who took advantage of the allegedly corrupt Westchester County matrimonial court system in order to "play" to his mostly female audience (many of whom have experienced domestic violence and abuse in the past) – all to make

---

[5] These figures do not even include the countless times that other people have "dueted" or "stitched" the Harvey Videos on their own pages, each of which includes the Harvey Video content.

money for himself and gain social media "clout."[6]

22.     When Harvey began uploading the Harvey Videos, he knew or should have known that the videos Ms. Kassenoff included in her Dropbox link – which Harvey spliced, while failing to provide any context, for use in his Harvey Videos – were from several years prior to the May 2019 divorce filing.  But, Harvey wanted his followers to believe that the video clips he included were recent in order to generate a stronger reaction, leading to more views, likes and comments – and, thus, more money for himself.  And, most of his followers did believe him.  For example, "Anna" was shocked that the Children were 14, 12 and 10 – as they appear as little kids in the video clips Harvey repeatedly included in the Harvey Videos:



https://www.tiktok.com/@thatgirlbombpop/video/7267209288786152750.

23.     The first Harvey Video starts with a short clip of Mr. Kassenoff losing his temper from about 6 years ago, with Harvey stating that "[i]n bed is his wife Catherine.  She had just had surgery from breast cancer a couple of days prior."[7]  Harvey continues: "[r]ecently Catherine [Kassenoff] was diagnosed with more

---

[6] "What does Clout mean on social media?  Clout is often associated with individuals who have a large number of followers, receive high levels of engagement (such as likes, comments, and shares) on their posts, and are considered influential within their respective fields. . . .  Gaining clout is often seen as desirable for individuals aspiring to build a personal brand or pursue opportunities within the digital realm. However, the pursuit of clout can also lead to performative behaviour [sic], seeking attention for attention's sake, or engaging in activities solely to increase one's online visibility."  (https://later.com/social-media-glossary/clout/).

[7] https://www.tiktok.com/@therobbieharvey/video/7244242761468103978.

cancer. This time it was terminal." Harvey then shows another clip of Mr. Kassenoff – also from many years ago – in order to create the false impression that this clip took place following Ms. Kassenoff's "recent[]" purported terminal cancer diagnosis. Aside from the fact that Ms. Kassenoff lied about having terminal cancer, the Kassenoffs have not lived together since May 2019, meaning Harvey's narrative was false and an impossibility. Harvey continues: "Despite this evidence, Allan had Catherine arrested in 2022. Catherine fought the false allegations and they dropped everything that she was charged with." But, Mr. Kassenoff has no ability to have anyone arrested and the charges were only dropped because Ms. Kassenoff had evaded service of the order of protection she had been arrested for violating.

24. Harvey recycles the same few clips of Mr. Kassenoff in virtually all of the Harvey Videos. Harvey does ***not*** show Ms. Kassenoff's behavior that precipitated Mr. Kassenoff's reaction; nor does he explain the years of abuse that Mr. Kassenoff (and A.K.) were subject to at the hands of Ms. Kassenoff (and which was testified to by numerous witnesses in the Matrimonial Action). When asked why he keeps showing the same few clips over and over, Harvey responded that it is for his "new" viewers. However, only a few short videos – totaling a few minutes at best – exist of such behavior and all of them are least six years old. Moreover, in each of those clips, Ms. Kassenoff is seen riling up Mr. Kassenoff while failing to assist him in parenting the Children. When Mr. Kassenoff would try to escape from the situation, Ms. Kassenoff would follow him around – iPhone in hand recording – and further antagonize him in order to create more "evidence."

25. Before identifying Harvey's false, defamatory and misleading statements, it is important to note that Harvey told his 3,000,000+ followers that (i) he has "do[ne] his due diligence on the facts,"[8] (ii) everything he has said in the

---

[8] https://www.tiktok.com/@therobbieharvey/video/7244514052163046699.

Harvey Videos is "fact[]," (iii) his videos tell the "whole story" and (iv) he has "posted ALL videos [including the ones with] Catherine being toxic."



https://www.tiktok.com/@therobbieharvey/video/7261752792069557546

26.     Even after this Action was filed, Harvey maintained that he had conveyed "facts."   Specifically, in his Gofundme campaign seeking donations to fund his fense to this Action, Harvey said he had "reported on FACTS."[9]

27.     Harvey's false, defamatory and misleading statements in the Harvey Videos (including in his own comments to these videos) are comprised of statements that (1) Mr. Kassenoff abused, including physically, Ms. Kassenoff and the Children and that such abuse was confirmed by both Child Protective Services ("CPS") and police reports and (2) Mr. Kassenoff was awarded sole custody by a corrupt judicial system that improperly excluded Ms. Kassenoff (and her attorneys) from custody hearings *and* because he bribed (i.e., "paid off") everyone.   All of the defamatory statements made by Harvey constitute defamation *per se* as the statements tended to

---

[9] https://www.gofundme.com/f/robbie-harvey-defense-fund.

subject Mr. Kassenoff to hatred, distrust, ridicule, contempt and/or disgrace and because they injured him in his profession.

*Harvey's Defamatory Statements Regarding Abuse*

28.     Harvey has defamed Mr. Kassenoff by falsely stating that it is a "fact" and "proven"[10] that Mr. Kassenoff has abused Ms. Kassenoff as well as the Children:

> a.     "This is Allan Kassenoff, a disgraced attorney, caught on camera *abusing his wife and kids*."[11]
>
> b.     "*This is Allan Kassenoff and he is captured on film abusing his wife over and over again.*  Despite this evidence, he was granted full custody of his kids and their house."[12]
>
> c.     "For those of you who don't know *who this wife abuser is* [referring to Mr. Kassenoff], I've got a full playlist on my profile."[13]

29.     After the filing of the Complaint in this Action (but before it was served), Harvey again defamed Mr. Kassenoff by calling him (and his matrimonial attorney, Mr. Gus Dimopoulos) "abusers" on his Facebook page[14]:



**The Robbie Harvey**
13h · 🌐

**\*\*I NEED YOUR HELP\*\***

Freedom of speech is on the line and abusers are trying to silence the truth.

This is a fight we can't lose. To donate, go here https://gofund.me/6c301f13

30.     Just last month, on January 29, 2024, Harvey again defamed Mr. Kassenoff by calling him an abuser in an Instagram video seeking donations from his followers to fund his defense to this Action: "I am being sued for $150 million

---

[10] https://www.tiktok.com/@therobbieharvey/video/7247112812772724011.

[11] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[12] This video is entitled "Allan Kassenoff UPDATE VIDEO #2."  Upon information and belief, Harvey uploaded this video to TikTok on June 3, 2023.  Although Harvey appears to have removed this video, Mr. Kassenoff downloaded and saved a copy of it prior to it being removed.

[13] https://www.facebook.com/therobbieharvey/videos/590583482927563.

[14] https://www.facebook.com/therobbieharvey.

by a man named Allan Kassenoff [who has] *abuse[d] his wife and kids*."[15]

31.     Harvey further defamed Mr. Kassenoff by falsely stating that not only did Mr. Kassenoff abuse Ms. Kassenoff and the Children, but the abuse was physical and "CPS reports and police reports confirm[ed] Allan's physical abuse"[16]:

> a.     "Allan Kassenoff has released new audio and without realizing it, he has accidentally admitted there was a physical altercation between him and Catherine. . . .  In the almost 40 minute audio clip it *proves what CPS, police reports and medical reports already told us – Allan Kassenoff was physical with Catherine*. . . ."[17]
>
> b.     "At the end of this audio file, you can hear Catherine talking about breastfeeding.  That is right – she had just had a baby.  Meaning that postpartum depression was very real. . . .  The way they speak in this audio file sounds like divorce is imminent.  And if that's true, then the timeline matches the *CPS reports and police reports confirming Allan's physical abuse*.  If that's the case, then not long after this audio file was recorded, a protection order was granted for Catherine and Allan was forced to stay away.  Days later, Allan would file for divorce and the courts reversed the protection order.  And they demanded that Catherine stay away. . . .  *This [audio] proves everything we have already seen.  This [showing an image of Ms. Kassenoff] was a broken woman, a broken mother who had suffered years of abuse*."[18]
>
> c.     "CPS demanded that Allan stay away from his kids.  *Police confirmed that there was physical abuse with the wife and kids*."[19]
>
> d.     "*Child protective services saw the danger, they saw the abuse and even police confirmed the abuse*.  But I guess when you are an activist against family court, trying to take away millions of dollars from these lawyers, custody evaluators and therapists, it

---

[15] https://www.instagram.com/reel/C2tMn_SskGg/?igsh=d256dDF1dndraG91.

[16] https://www.tiktok.com/@therobbieharvey/video/7247112812772724011.

[17] https://www.tiktok.com/@therobbieharvey/video/7247112812772724011.

[18] https://www.tiktok.com/@therobbieharvey/video/7247112812772724011.

[19] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

doesn't matter what CPS says."[20]

    e.    "*Along with the[] videos, police and CPS reports of physical and emotional abuse against his wife Catherine and their kids*, Allan was granted custody of his children using a court process called *ex parte*. And in that process he was able to regain custody of his children and force his wife to stay away. Catherine Kassenoff fought that ruling for years. But the courts wouldn't listen. And after a final decision in Allan's favor in May of 2023, Catherine decided she was done fighting and ended her life. . . . Even CPS told the Courts that Allan is the abuser. That didn't matter. That's right. *Even if you are the documented victim by CPS and police, the courts can take away your kids and your right to defend yourself.* "[21]

    f.    "And, I've got more reports coming out *proving that Allan was more than verbally abusive*."[22]

*Harvey's Defamatory Statements Regarding Mr. Kassenoff Taking Advantage Of Corruption In The Westchester County Court System*

32.    In addition to falsely stating that Mr. Kassenoff abused Ms. Kassenoff and the Children, Harvey also falsely stated that the Westchester County court system was corrupt and defamed Mr. Kassenoff by falsely claiming that he took advantage of that corruption to Ms. Kassenoff's detriment:

    a.    "Allan knew that Catherine could not afford this type of battle. Catherine gave up her career to raise their children. And Allan used the argument that she alienated the children from him. *Allan used the family court system to punish his wife. And those in place designed to help the family, they helped Allan do it.*"[23]

    b.    "*As the Allan Kassenoff story explodes and media and journalists get involved, more details are coming out as to how corrupt this was.* So who all was involved in helping Allan Kassenoff destroy his wife? Well, we will get to that in just a second. . . . This is Allan Kassenoff and he is captured on film abusing his wife over

---

[20] https://www.tiktok.com/@therobbieharvey/video/7246170018621426990.

[21] https://www.tiktok.com/@therobbieharvey/video/7256832425735621931.

[22] https://www.tiktok.com/@therobbieharvey/video/7245250986665659691.

[23] Allan Kassenoff UPDATE VIDEO #2.

and over again.  Despite this evidence, he was granted full custody of his kids and their house.  And over the next four years, Allan and his wife Catherine had a lengthy divorce and custody battle that cost millions of dollars.  And in May of this year, 2023, a judge ruled that Catherine could no longer see her children.  Days after that ruling, Catherine decided she was tired of fighting.  With a terminal cancer diagnosis and this ruling, Catherine decided this would be the end for her."[24]

c.   "Ok.  So let's review.  This man [showing an image of Mr. Kassenoff] abuses his wife and kids, according to police, according to CPS, according to audio files, according to video files.  Well, you get the point.  So this man [showing an image of Mr. Dimopoulos] becomes his attorney and this man is the judge [showing an image of Judge Lewis Lubell].  *The Court appoints this woman [showing an image of Carol Most, the attorney for the children in the Matrimonial Action] to become the children's attorney.  And she wants this man to be the custody evaluator [showing images of Ms. Most and Dr. Marc Abrams, the first neutral forensic evaluator in the Matrimonial Action].  So he recommends that the abuser [showing an image of Mr. Kassenoff] keep the children.  And he agrees [showing an image of Judge Lubell].  And he [showing an image of Mr. Dimopoulos] is paid handsomely by his client [showing an image of Mr. Kassenoff].  And he [showing an image of Dr. Abrams] is paid handsomely by the same guy [showing an image of Mr. Kassenoff].  And she [showing an image of Ms. Most] is paid even more handsomely by the same guy [showing an image of Mr. Kassenoff].  And this man [showing an image of Mr. Dimopoulos] donates to the judge [showing an image of Judge Lubell] while he is representing the abuser [showing an image of Mr. Kassenoff].  And so does this woman [showing an image of Ms. Most] and so does this man [showing an image of Dr. Abrams].  And by the way, he is like best friends with the judge [showing an image Judge Lubell officiating at Dr. Abrams wedding].*"[25]

d.   "But who were the people who decided that the man you see in these clips [showing the same video clips of Mr. Kassenoff that

---

[24] Allan Kassenoff UPDATE VIDEO #2.

[25] https://www.tiktok.com/@therobbieharvey/video/7249402572908285227.

he has shown repeatedly throughout the Harvey Videos] should have full custody of his children. *Judge Lewis Lubell ruled that Allan should have full custody of his children despite never meeting the children himself.* He also ruled that Catherine should be evicted from her home without notice despite it being her home. *Judge Lubell was good friends with Dr. Marc Abrams, the custody evaluator assigned to this case. They were such good friends that Judge Lubell officiated over Dr. Abrams' wedding.* And Dr. Abrams ruled that the kids didn't need Catherine as their mother. Catherine fought this ruling and won and had Dr. Abrams removed from the case. *Judge Nancy Quinn Koba, who had never met Catherine or even heard her side of the story, also ruled that the children should stay away from their mother.* Carol Most, the attorney for the children, also supported the idea that the kids should be taken away from their mother. And according to reports, Carol Most allegedly made a lot of money being the attorney of the children. Reports are suggesting that she made almost $300,000. *And despite many of these officials being Court appointed, they are paid for by the litigants, Allan Kassenoff.* Dr. Kathleen McKay became the second custody evaluator of the case after Dr. Abrams was removed. *According to reports, Dr. McKay never evaluated Catherine with her children. But she did evaluate Allan and the kids together many times. And guess who was paying her also?* Dr. McKay also agreed that Catherine should no longer see her children. Even denying Catherine the request to see her kids one last time before cancer took over."[26]

33.     Harvey continued, falsely stating that the Westchester County court system was corrupt because the lawyers, judges and forensic evaluators frequently work together, recommend each other and they "all share money":

    a.      "Carol Most, the attorney for the children, loved working with Dr. Abrams. They had been doing so for decades. And the Kassenoff case was not the first time that Most recommended the services of Dr. Abrams to a judge. And not only did Most love working with Dr. Abrams, so did this guy – Gus Dimopoulos, the

---

[26] Allan Kassenoff UPDATE VIDEO #2.

attorney for Allan Kassenoff."[27]

b.   "And once the final judgment came down this past May, Catherine Kassenoff, after fighting cancer for two years, after fighting this custody battle for four years, she decided she no longer wanted to be on this planet.  And she ended it.  *So along with the $32,000, Abrams was good friends with Allan's attorney, Gus Dimopoulos.  Abrams was good friends with the children's attorney, Carol Most, who by the way, made $300,000 on this.  Abrams was good friends with the judge, Lewis Lubell, who by the way, Abrams contributed to Lubell's campaign for Supreme Court or something to that nature.  I don't care.  Anyways, they all share money.  They all recommend each other to get lots of money.  That is not speculation.  That is fact.*"[28]

c.   "We already know that in New York, this is a huge problem.  We already know that in New York, it does not matter past abuse.  Courts are not required to consider past abuse.  *We already know that the attorneys pay for the judges.  We already know that the attorneys recommend each other.  We already know that the attorneys recommend evaluators.  We already know that the attorneys recommend therapists.  We already know that they are all exchanging money case after case after case and they are getting millions of dollars every single year.*"[29]

d.   "So Marc, since you are watching, again you refuse to answer my questions. . . .  *How many times have you and Gus Dimopoulos worked together on a case where he was the attorney and you were the evaluator.  How many times were you the evaluator when Carol Most was the attorney for children?  How many times.  And how many times has Gus Dimopoulos paid you to be a consultant.*  Answer those questions.  YOU WANT TO TALK ABOUT PROOF; YOU WANT TO TALK ABOUT THE DOCUMENTS.  ANSWER THE QUESTIONS!!!!"[30]

34.   Harvey also defamed Mr. Kassenoff by repeatedly lying to his followers that Ms. Kassenoff was "not allowed to present her case" to the Court due

---

[27] https://www.tiktok.com/@therobbieharvey/video/7246429288210255146.

[28] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[29] https://www.tiktok.com/@therobbieharvey/video/7254332208775810347.

[30] https://www.tiktok.com/@therobbieharvey/video/7250637189938236714.

to Mr. Kassenoff having filed *ex parte* motions.  Harvey omitted that: (i) Ms. Kassenoff herself filed many *ex parte* motions and (ii) even when a motion is filed *ex parte*, the non-movant has an opportunity to be heard in Court.

a.  "Along with the[] videos, police and CPS reports of physical and emotional abuse against his wife Catherine and their kids, *Allan was granted custody of his children using a court process called ex parte.  And in that process he was able to regain custody of his children and force his wife to stay away.*  Catherine Kassenoff fought that ruling for years.  But the courts wouldn't listen.  And after a final decision in Allan's favor in May of 2023, Catherine decided she was done fighting and ended her life.  *So what is an ex parte.  Let me explain it to you in simple terms.  Allan and his friends [showing an image of Mr. Kassenoff and Mr. Dimopoulos] had court without Catherine or her lawyer there.  And in that court session, they decided to take Catherine's kids away from her, despite the evidence that Allan was the abuser.  Even CPS told the Courts that Allan is the abuser.*  That didn't matter.  *That's right.  Even if you are the documented victim by CPS and police, the courts can take away your kids and your right to defend yourself.*  And while you suffer, spending every single dime you have to get your kids back, these people [showing an image of Judge Lubell, Dr. Abrams, Mr. Dimopoulos and Ms. Most], attorneys, psychologists, and judges, rake in millions of dollars.  With the exposure of Allan Kassenoff and the family court system in New York, the country is now watching.  And the country is demanding change."[31]

b.  "*These people used loopholes in the law that did not allow Catherine to represent herself in hearings where they took away her children*, where they kicked her out of her own home."[32]

c.  "Allan also began spying on Catherine, reading all of her text messages and emails between friends, family and even attorneys. . . .  Allan took select messages, eleven of them, to a judge and got a temporary custody order.  *Catherine had no say.  Her part*

---

[31] https://www.tiktok.com/@therobbieharvey/video/7256832425735621931.

[32] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

17

*was not heard during that hearing.*"[33]

d.   "And then as Catherine was getting back on her feet, she rented an apartment a mile away from the kids so that she could see them more often.  Allan got another order of protection against Catherine.  *Once again another hearing where she was not allowed to present her case.*  Allegedly.  And that order of protection was granted and Catherine was forced to leave her home once again."[34]

e.   [After reading a statement Mr. Dimopoulos had made to the NY Post about Mr. Kassenoff]:  "'Following a neutral forensic's assessment, the court ordered an immediate order, granting their father sole legal and physical custody.'  TIME OUT!  *You mean the same hearing where Catherine Kassenoff was not allowed to attend because you used a legal loophole that didn't allow her to be in the courtroom to defend herself?*"[35]

f.   "And again a reminder, Abrams saw the videos that you and I have seen.  Abrams submitted his report and a couple of days later, *Gus Dimopoulos, the attorney for Allan Kassenoff, called for an ex parte hearing.  In regular courts, both parties have the right to be heard.  But ex parte is a legal loophole used for emergency situations, without the representation of one party.  Judge Lubell granted the ex parte and Catherine Kassenoff was not heard in court.*  Now keep in mind Judge Lubell and Marc Abrams are good friends.  Such good friends that Judge Lubell officiated Marc Abrams' wedding.  After the *ex parte* hearing, Judge Lubell demanded Catherine out of the home immediately.  And what was Abrams paid for this report?  According to the Frank Report, $32,000 by Allan Kassenoff.  And just like that, three children lose their mother and are stuck with their abusive father . . . ."[36]

35.   Harvey next attacks Dr. Abrams (the first Court-appointed neutral forensic evaluator) by alleging that he is a "liar" and a "hired gun."  By attacking Dr. Abrams in this manner, Harvey is further defaming Mr. Kassenoff by creating

[33] https://www.tiktok.com/@therobbieharvey/video/7240063019391225131.

[34] https://www.tiktok.com/@therobbieharvey/video/7240063019391225131.

[35] https://www.facebook.com/therobbieharvey/videos/590583482927563.

[36] https://www.tiktok.com/@therobbieharvey/video/7246429288210255146.

the false impression that Mr. Kassenoff somehow "bought" custody from the "corrupt" Dr. Abrams:

a. "*Let's keep reading what you have to say Marc.  'It was actually Mrs. Kassenoff and one of her early attorneys who insisted that I was the only evaluator that they would use.'  YOU ARE A LIAR.* . . . Or how about this?  How about this Marc?  How about this?  How about this?  When a woman accused you of misconduct, asking inappropriate questions, here is Gus Dimopoulos, page after page after page, fighting to keep you on the case so you can make more money, despite this woman giving proof of your inappropriate conduct towards her during interviews."[37]

b. "I am sick of this.  *You were not a hired gun?  How much were you paid by Allan Kassenoff?  Tell me.  Look at me Marc.  Look at me.  This is no longer about videos or anything.  Look at me. I am talking to you.  How much were you paid?  $32,000?  How much were you paid by Allan Kassenoff?*  Better yet Marc, how many times have you worked together with Gus Dimopoulos on cases?  How many times?  Answer it.  Answer it.  Tell me.  How many times have you and Gus Dimopoulos worked on the same case together.  How many times were you the evaluator when Gus Dimopoulos was the attorney.  How many times?  Tell me Marc, how many times has Carol Most recommended you?  How many times have you and Carol Most been on the same case together?  How many times have you been the evaluator when Carol Most is the children's attorney?  HOW MANY TIMES?"[38]

c. "Marc Abrams, the custody evaluator in the Kassenoff case, continues to talk.  *And he continues to lie.*  So let me read to you what he has posted just today.  'Any rationale person, after reviewing the totality of the information that the courts (several judges) considered, would not only concur with the actions of the courts giving Allan Kassenoff full custody,' but *he says that he did not have the power to make these decisions.  That is a lie*. . . . In the State of New York, Marc Abrams can put whatever he wants in the report and nobody questions it. . . .  Nobody questions the reports.  *So don't let him lie to you and say he has*

---

[37] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[38] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

*no power.  HE HAS ALL THE POWER!!!!"*[39]

36.    In his June 29 video, Harvey screams that Dr. Abrams makes custody recommendations based upon whatever will make him "rich and famous":

> "Catherine Kassenoff is gone.  Kyra is gone, taken by her father. Autumn is gone, taken by her father.  *And they all suffered the injustice of this system of the State of New York and it is because of people like you who take advantage of the system.  And you don't rule in the best interest of these children.  You rule in the best interest of what lines your pocket.  And you become rich and famous and you continue to circle case after case after case and you have legalized it and you have fought to keep it legal.  And you stay rich and you don't care one bit about anybody.* CHILDREN ARE GONE.  LOST FOREVER.  Because you wanted to line your pockets.  If you think I am some influencer that is just doing this for views.  If you think I am just doing this for clicks, YOU ARE OUT OF YOUR MIND.  CUZ I AM GOING TO BREAK THE SYSTEM.  And I am not going to stop until it is broken."[40]

*Harvey's Defamatory Statements Regarding Mr. Kassenoff Paying The Matrimonial Professionals*

37.    Harvey next defamed Mr. Kassenoff by saying that Mr. Kassenoff "paid" everyone, in order to create the false impression that there was something wrong with Mr. Kassenoff paying the fees accrued by the professionals involved in the divorce proceeding.  Harvey also lied by saying that these fees were "*[a]ll* paid for by Allan Kassenoff"[41] as Ms. Kassenoff also paid these professionals.  In the June 30, 2023 Harvey Video, Harvey included a recording of an excerpt of Ms. Kassenoff's statements to a blue ribbon panel of some sort where she explained that Dr. Abrams "was paid 80% of his bill by my husband [and] 20% by me for the

---

[39] https://www.tiktok.com/@therobbieharvey/video/7250637189938236714.
[40] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.
[41] https://www.tiktok.com/@therobbieharvey/video/7248782658564558126.

issuance of a forensic report."[42]   But, Harvey ignored this fact since it would not support his false narrative that all of the professionals involved in the divorce were beholden to Mr. Kassenoff since he was paying their bills.   Harvey also omitted the fact that the Court ordered Dr. McKay's fee to be paid "50% by the father and 50% by the mother" (Matrimonial Action, NYSCEF #2295) as well as the fact that both Dr. Abrams' and Dr. McKay's fees had to be paid ***before*** they even issued their reports, ensuring that they would get paid regardless of the reports' content.

38.   Harvey's false, defamatory and misleading statements that Mr. Kassenoff "paid" everyone's fees include the following:

a.   "Abrams was paid $32,000 for his report.   And the attorney for the children was paid $300,000.   *All paid for by Allan Kassenoff.*"[43]

b.   "And it was this man, Marc Abrams, who recommended that [Mr. Kassenoff] get full custody.   He is the evaluator.   *He was paid $32,000 by Allan Kassenoff.*"[44]

c.   "*These people [referring to Dr. Abrams, Dr. Susan Adler and Ms. Most] were paid 100s of thousands of dollars by Allan Kassenoff and colluded with each other that ultimately led to the death of Catherine Kassenoff.*   These people took her children away with no evidence – where is the evidence?   Where is the evidence?   I have seen nothing presented by anybody.   Catherine was a danger to her children?   SHOW ME.   SHOW ME SOMETHING."[45]

d.   "And according to reports, Carol Most allegedly made a lot of money being the attorney of the children.   *Reports are suggesting that she made almost $300,000.   And despite many of these officials being Court appointed, they are paid for by the litigants, Allan Kassenoff.*   Dr. Kathleen McKay became the second custody evaluator of the case after Dr. Abrams was removed.

---

[42] https://www.tiktok.com/@therobbieharvey/video/7250457135576861995.

[43] https://www.tiktok.com/@therobbieharvey/video/7248782658564558126.

[44] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[45] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

> *According to reports, Dr. McKay never evaluated Catherine with
> her children.  But she did evaluate Allan and the kids together
> many times.  And guess who was paying her also?*  Dr. McKay
> also agreed that Catherine should no longer see her children.
> Even denying Catherine the request to see her kids one last time
> before cancer took over."[46]

39.     Harvey next tried to generate more views, likes and comments (and
therefore money) by falsely implying that Mr. Kassenoff had "help" in paying his
legal fees from his then employer, Greenberg Traurig:

> "And there are many other players involved in this case.  From
> more attorneys to psychiatrists.  A lot of people over the next
> four years.  But now you can see how this could happen.  The
> people making the decisions.  *The people who are supposed to
> do the best for the children are being paid millions of dollars by
> Allan.  Or did Allan have help paying for it?*  At the time of this
> filming, yesterday, Allan's law firm posted this update [see
> below].  They essentially say after a long Court proceeding, there
> was no wrongdoings found.  Allan is innocent.  But we'll
> investigate just because you all are upset.  The gaslighting in this
> post really upset me.  *And then it got me wondering.  Did this law
> firm help fund Allan's legal fees?*"[47]



---

[46] Allan Kassenoff UPDATE VIDEO #2.

[47] Allan Kassenoff UPDATE VIDEO #2.

40.     Harvey next defamed Mr. Kassenoff by falsely stating that not only was Mr. Kassenoff paying "millions of dollars"[48] to the professionals tasked with doing what is in the best interests of the Children, but the "New York Family Courts sell children to the highest bidder [in this case] Allan Kassenoff"[49]:

   a.   "Many of you have asked if we get justice for Catherine Kassenoff's death, then what will happen to the kids**.**  Many of you have asked if I am adding to their trauma.  I will say this.  I have struggled with that question.  I have really really struggled with it.  But here is my deciding factor on when featuring this case.  Since 2016 in the State of New York, these 22 children have been taken from this Earth by an abusive parent.  And as you can see, most of them under the age of five.  The New York Family Courts are allowing abusive parents into the lives of children every single day.  *New York Family Courts sell children to the highest bidder.  Just like Allan Kassenoff.*"[50]

   b.   "*Allan Kassenoff and the family courts [showing images of Judge Lubell, Mr. Dimopoulos and Ms. Most] legally sold children to the highest bidder.*  Abuse doesn't matter, but money does."[51]

   c.   "*From my research, from what I have learned in the Kassenoff case, the family courts only care about how much money you have.  The highest bidder gets the children.  The kids go to the one who pays the most.*  It is that simple."[52]

   d.   "Remember in the Kassenoff case testimony from friends and reports from CPS and police all proved the abuse by Allan Kassenoff.  *But the court rewarded the highest bidder.*  And these people [showing an image of Gus Dimopoulos, Marc Abrams and Dr. Susan Adler] walked away with hundreds of thousands of dollars.  In New York the law protects abusers and the people who help them.  For example, Marc Abrams, the custody evaluator in the Kassenoff case.  There is no oversight to his

---

[48] Allan Kassenoff UPDATE VIDEO #2.

[49] https://www.tiktok.com/@therobbieharvey/video/7253962863944027435.

[50] https://www.tiktok.com/@therobbieharvey/video/7253962863944027435.

[51] https://www.tiktok.com/@therobbieharvey/video/7259161986947140906.

[52] https://www.tiktok.com/@therobbieharvey/video/7254332208775810347.

decisions."[53]

   e.     "I've told you that I would not stop until something was done. I've told you that I would not stop until Allan Kassenoff, Gus Dimopoulos, Marc Abrams, Carol Most all answered. *They sell children legally.*"[54]

   f.     "Lawyers and Evaluators selling children is old to you?  10-4."[55]

41.    On July 30, 2023, Harvey defamed Mr. Kassenoff again, falsely claiming that Mr. Kassenoff "***paid off*** the custody evaluator" and "***paid off*** the children's attorney"[56]:

> "To back those videos up, CPS, police and medical reports confirmed the abuse.  *But [Mr. Kassenoff] paid off the custody evaluator [showing the lower left image of Dr. Abrams with the words '$30,000+' written] who voted that he get custody.  He paid off the children's attorney [showing the lower right image of Ms. Most with the words '$300,000+' written] . . . .*  And all of them donate to the judges in charge [showing an image of Judge Lubell].  Despite no real evidence, Catherine Kassenoff was told to stay away from her children."[57]

 

[53] https://www.tiktok.com/@therobbieharvey/video/7252741778997038378.

[54] https://www.tiktok.com/@therobbieharvey/video/7260163072231361835.

[55] Comment made by Harvey to his video located at https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

[56] https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

[57] https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

42.     When one of Harvey's followers asked whether Harvey has "proof of [Mr. Kassenoff] paying all these people off," Harvey responded "yes":[58]



43.     Another one of Harvey's followers commented on the July 30, 2023 video, stating "[s]aying anyone involved in the legal process was paid off is a lie."[59] Harvey again lied that Mr. Kassenoff admitted as much:



---

[58] Comments to video located at
https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.
[59] Comments to video located at
hhttps://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

*Harvey's Additional Defamatory Statements*

44.     Harvey told the following additional defamatory lies about Mr. Kassenoff:

a.      "*There are reports that were written that say these children are not safe with their father.*  I will reveal those reports this weekend.  So Allan, you've got a few more days."[60]

b.      "In July of 2020, Allan got another order of protection against Catherine, *preventing her from seeing their children completely*."[61]

c.      "What about the time you lied and said the social worker that was assigned to the case was trying to break into the bathroom that your children were using?"[62]

d.      "Allan Kassenoff punished his children if they said anything about their mother."[63]

e.      "On March 18, 2023, the children were ice skating.  Catherine Kassenoff did not have a protection order against her so she was allowed to come watch.  Allan did not like this.  *So he called the police on her.*  The police refused to arrest Catherine."[64]

f.      "What *about the time you called police on Catherine when she was there watching her children ice skate*?  And the police showed up and said she had every right to be there and they would do nothing to her."[65]

g.      "In May of 2023, a judge ordered Catherine to *never see her children again*."[66]

h.      "*Judge Nancy Quinn Koba, who had never met Catherine or even heard her side of the story*, also ruled that the children should stay away from their mother. . . .  Dr. Kathleen McKay became the second custody evaluator of the case after Dr. Abrams was removed.  According to reports, Dr. McKay never

---

[60] https://www.tiktok.com/@therobbieharvey/video/7244945355274751278.

[61] https://www.tiktok.com/@therobbieharvey/video/7240063019391225131.

[62] https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

[63] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

[64] https://www.facebook.com/therobbieharvey/videos/935084121042158.

[65] https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

[66] https://www.tiktok.com/@therobbieharvey/video/7240063019391225131.

evaluated Catherine with her children.  But she did evaluate Allan and the kids together many times.  And guess who was paying her also?  Dr. McKay also agreed that Catherine should no longer see her children.  *Even denying Catherine the request to see her kids one last time before cancer took over*."[67]

   i.   "*I have shared the Custody Evaluators report* deeming her unfit. I have shared that on multiple occasions."[68, 69]

45.    Harvey also claimed that Mr. Kassenoff emailed Ms. Kassenoff that he would "never stop" in order to create the false impression that Mr. Kassenoff said his *alleged abuse* would "never stop": "Or how about the time you emailed Catherine and *told her that you would never stop*."[70]  But, the email Harvey was referring to was located in Ms. Kassenoff's public Dropbox link and instead stated that despite Ms. Kassenoff "financially decimating" him, Mr. Kassenoff would "never stop protecting" the Children from her:

---

[67] Allan Kassenoff UPDATE VIDEO #2.

[68] Comment made by Harvey to his video located at https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

[69] In New York, custody evaluation reports are kept under "lock and key" and cannot be removed from the litigant's attorney's office.  Thus, not only was Harvey's statement that he has "shared the Custody Evaluators report" a lie, it was impossible.

[70] https://www.tiktok.com/@therobbieharvey/video/7261752792069557546.

----- Forwarded Message -----
**From:** "kassenoffa@gtlaw.com" <kassenoffa@gtlaw.com>
**To:** "ckassenoff@yahoo.com" <ckassenoff@yahoo.com>
**Sent:** Sunday, March 19, 2023, 04:37:30 PM EDT
**Subject:** RE: Pendente Lite Support

Catherine,

Just so we are all on the same page, here is what you "cleared" in just the past 11 months:

> April 2022 - $150,000 interim legal fee award
>
> April 2022 - $335,000 (1/2 of my etrade account)
>
> March 2023 - $300,000 interim legal fee award
>
> 2022 - ~$330,000 (9/11 victims fund)

I will ignore the $100,000 interim legal fee award you got in 2020. And I am not even including your income.

And you pay **ZERO** in child support.

You must really be proud of yourself for financially decimating me and the children. But make no mistake, no one is fooled Catherine; everyone knows that your goal is to destroy me and you don't care what that means to the children. You have sued me (and Gus) three times; you have tried to get me disbarred; you have tried to get me fired; you have reported me (repeatedly) to the police and District Attorney's office; you have ridiculed and attacked me and embarrassed the kids on Facebook. And you know what? I'm still here and I'm still standing. You have done all of this in hopes that I would give up and stop trying to protect the children from you. I won't. Even if this Court awards you my last dollar, I will never stop protecting them. Until the day I die. If I lose my house, so be it. If I go bankrupt, so be it. I will do everything and anything to take care of the kids and protect them. You know why? Because I love my children more than you could ever love anybody. All you know is hate and vengeance. I feel sorry for you, and while at times I might become angry and frustrated, at the end of the day I pity you because your behavior has ruined your life and your relationship with the kids. Instead of focusing on getting help, you have focused your rage on destroying me. For that, I'm sad for you because you will never get a chance to have these years back. Even if you succeed and take every last dollar I have, I will still have my children's love and I will move forward in life knowing that I gave everything I had to protect them.

*Harvey's Final Defamatory Video*

46.    Harvey's last video pertaining to Mr. Kassenoff was uploaded on July 31, 2023.  In that video, Harvey made several more false claims, including for example, that he has "tried to be fair throughout this whole thing":

> "So I am getting a lot of questions like this from new followers who don't realize that *I have posted all videos, literally all videos and audio recordings*.  I have several videos that question

whether Catherine was the toxic one.  And I want to put a little bit of perspective into that.  You have to look at the things that she was going through.  And yes I think she was mentally unstable.  I think she was going through a lot.  I think she was toxic in her own way.  *But I have tried to be fair throughout this whole thing.  I have shared both sides.  I have encouraged people to go to that website Kassenofffacts.com and you can make a judgment yourself there.  So I have shown both sides.*  And after reviewing all the evidence and looking at everything and hearing all recordings and all videos and all emails and all affidavits and all everything, there is no doubt in my mind that Allan Kassenoff was the abuser.  Yes, Catherine had her problems.  They were both toxic.  But the question is was she being reactive?  Was he being reactive?  *So there is a playlist with every video there. Every video.  Every video.*  That you can go watch.  And I encourage you to do so.  And then you can make a judgment on who was the abusive one and who wasn't."[71]

47.    However, Harvey's July 31 video is full of lies.  First, Harvey has ***not*** posted "all videos, literally all videos and audio recordings" showing Catherine's toxic behavior.   Harvey has posted ***one*** short snippet of ***one*** video showing Catherine's abusive behavior towards A.K.[72]   Moreover, Harvey defends and justifies Catherine's abusive behavior in this snippet and tries to provide context for it (while never doing the same for Mr. Kassenoff).  Specifically, in his June 16, 2023 video, Harvey includes a snippet of a video depicting Ms. Kassenoff tormenting A.K. but tries to justify Ms. Kassenoff's behavior:

> "But in reference to the clip I just showed you, keep in mind this. Catherine was dealing with cancer.  She was dealing with an abusive husband who wanted a divorce and her child went missing.  She was at her wits end.  Now did she handle this the right way?  No.  And do I think Catherine was toxic?  In some ways, yes absolutely.  But the difference between this clip and the one of Allan is this is just one of a very bad moment but there

---

[71] https://www.tiktok.com/@therobbieharvey/video/7261976072915324203.

[72] https://www.tiktok.com/@therobbieharvey/video/7245250986665659691.

are several of Allan repeatedly having abusive behavior.  And, I've got more reports coming out proving that Allan was more than verbally abusive. . . .  But don't let this clip distract you from Allan because that's what he wants and he's not going to get it."[73]

48.     Similarly, when discussing a post on the Frank Report (www.frankreport.com) that included videos of Ms. Kassenoff abusing the Children, Harvey again defended Ms. Kassenoff and tried to provide "context":

"Also, there is a new report on the Frank Report that has videos of Catherine Kassenoff. . . .  I will say this.  Apparently in the video, one of the children does something where she goes missing.  She doesn't go where she is supposed to go so they called the police to try and find her.  At school, the teacher didn't know where she was.  And so Catherine is very upset about that.  Are there things in that video that Catherine says that probably she shouldn't have?  Probably.  *But what I see in that video is a woman very upset that he daughter went missing.  Nothing compared to what we've seen from Allan Kassenoff.* . . .  But I am trying to be fair.  So go to the Frank Report, read that whole story, listen to the audio, watch the video.  It certainly doesn't match what Allan Kassenoff has done in my opinion."[74]

49.     Harvey also falsely claims that he has "shared both sides [and that he has] encouraged people to go to that website Kassenofffacts.com and you can make a judgment yourself there."  Harvey has mentioned the Kassenofffacts.com website in prior Harvey Videos, but here is what he said about it:

a.     "You mean the website that takes testimony from a waitress who saw Catherine yelling at her children, who has been having problems with her children because they have been through so much, having problems with her oldest daughter who runs away on a consistent basis where police can't find her; she runs away from school, where police can't find her.  And Catherine who is fighting cancer, who is fighting an abusive father is losing it

---

[73] https://www.tiktok.com/@therobbieharvey/video/7245250986665659691.
[74] https://www.tiktok.com/@therobbieharvey/video/7244604418346224938.

slowly. That waitress?"[75]

    b.    "You mean the same website that takes testimony from a nanny saying that Catherine is crazy?"[76]

    c.    "NewsNation reported a few weeks ago that they did indeed confirm the passing of Catherine Kassenoff.  But that hasn't stopped Allan.  *Ever since her passing, he has repeatedly attacked Catherine.  There is even an entire website dedicated to dragging Catherine's name through the mud.*"[77]

50.    By falsely claiming that he had been "fair" and "posted *all* videos, literally all videos and audio recordings," Harvey has created a defamatory false impression about Mr. Kassenoff that likely would not have existed if his followers had done their own due diligence into the facts instead of relying on the false, defamatory and misleading Harvey Videos.

**Harvey's False, Defamatory And Misleading Videos Subjected Mr. Kassenoff To Hatred, Distrust, Ridicule, Contempt And/Or Disgrace**

51.    The Harvey Videos subjected Mr. Kassenoff to hatred, distrust, ridicule, contempt and/or disgrace.  Specifically, Mr. Kassenoff received hundreds if not thousands of harassing emails, voicemails, Direct Messages ("DMs") and text messages in addition to comments made to the videos themselves, many of which included death threats.  Below are just a few of those messages:

    a.    "Hey allan I think your a bitch, and I hope you lose everything" (nicholasullauri@gmail.com).

    b.    "Seriously your a disgusting piece of human trash.  No one would care what you did too yourself if you were found dead in a hole, your miserable and everyone knows it. You have no meaning anymore truly should blow your brains out you fuckin panzee. . . . Your trash and scum.  Kill yourself."  (Damian Ringler).

    c.    "Kill yourself.  Kill yourself.  Kill yourself."  (Bailey Butterfield).

---

[75] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[76] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[77] https://www.tiktok.com/@therobbieharvey/video/7248782658564558126.

d. "I don't think I've ever PRAYED for someone to lose their life as much as you.  But before you die bro, I hope it turns to hell." (Carter Fuss).

e. "You are a piece of shit and I hope you die a horrible death. You are an abusive piece of shit who should just kills himself.  Shoot your brains out worthless scum.  You'd do everyone a favor." (Hayleigh Marie Draper).

f. "I hope somebody murder yo hunky ass.  Punk ass bitch you deserve to die!!  I will spit on your grave the whole world doesn't want you on this earth so do us all the favor!!"  (Denzel Tidmore).

g. "die.  you don't deserve to live"  (Sam Davis).

52. Recently a Twitter user posted this response to a Harvey Video:



https://twitter.com/toadbaiter/status/1671573191582523416.

53. On June 22, 2023, Harvey uploaded a video entitled "[t]he dark mind of Allan Kassenoff" in which he created the false impression that Mr. Kassenoff euthanized a healthy dog (which Harvey falsely claimed to be Ms. Kassenoff's dog). But, as Mr. Kassenoff explained in an email to Ms. Kassenoff (which Harvey even showed in his June 22 video), "Yoyo is doing really badly.  After bringing her to the vet last month, she improved a bit with the medicine they prescribed.  However, she has not eaten for the past two days and has barely moved.  Starting this morning, her

breathing was very labored so I brought her to the vet.  The vet just called and said she can't walk or stand up any more and was likely having organ failure.  It is time to let her go.  I am going to be with her around 4:45.  If you would like to say goodbye to Yoyo, she is at [the vet's office].  Please go now so that you are gone by 4:45 PM when I arrive."  (Matrimonial Action, NYSCEF #2472).

54.     In addition to falsely claiming that the pet was Ms. Kassenoff's dog, Harvey also lied that Mr. Kassenoff took a "selfie" with the dead dog and sent it to Ms. Kassenoff (the dog was alive when Mr. Kassenoff took some final pictures of her with himself and the Children and he never sent those pictures to Ms. Kassenoff):

> "This will give you a true look into the dark mind of Allan Kassenoff.  And if there was any doubt about his abuse, this video will settle it.  *This is Allan taking a selfie with a euthanized dog.  And according to Catherine, this is her dog*.  Allan sent her an email at 3:13 in the afternoon, saying that he is going to put the dog down and she has until 4:45 to show up and say goodbye.  Not a call, not a text.  An email.  *Catherine didn't get the email in time and Allan euthanized her dog.  And then sent her this picture*. . . .  Now what kind of human takes a selfie like this?  Stop defending this man."[78]

55.     Upon information and belief, Harvey intended his 3,000,000+ followers to conclude that Mr. Kassenoff euthanized Ms. Kassenoff's healthy dog – which is exactly what his followers assumed – in order to generate more hatred and contempt towards Mr. Kassenoff:

a.     "What kind of veterinarian let *this man put down a healthy dog*.  How was this justified"  (Sotoktiknow)

b.     "*so he paid the vets off to euthanize*. who's the vet, for later. hes created truma for his kids, where's cps again...."  (Tanya Morgan)

56.     This video led to over 3,060 comments, virtually all of which attacked

---

[78] https://www.tiktok.com/@therobbieharvey/video/7247547144905690410.

Mr. Kassenoff.  Below is just a sampling of those comments:

    a.    "That picture he sent her is the definition of a psychopathic abusive partner.  I feel bad for her but mostly these poor children." (Robynlusher)

    b.    "some maybe need to put him down and see how he like it !" (dezi)

    c.    "What in the hell??? That man is Evil 👿 👹 👹 👹 " (Juana)

    d.    "He's absolutely sick.  Praying those children taken from him and placed with her family." (Dakers990)

    e.    "When he feels that forever burning feeling in hell, maybe that would be enough 🥺 " (Kelly)

    f.    "😱😱 oh my god why the dog tho 🙄 Hes a sick monster that doesnt deserve to be defended in anyway." (Rita127)

    g.    "Where I'm from, he would never be found." (Stevo)

    h.    "You can see it in his eyes ,he has no soul , that is a demon who is 100% at fault for what happened to her." (Southern_merbabe)

57.    In addition to the countless voicemails, emails, text messages, DMs and online attacks, one of Harvey's followers even created a hashtag that reads: "#AlanKassenhoffisamonster":



https://www.tiktok.com/@therobbieharvey/video/7249402572908285227.

**Harvey Acted Negligently And With Actual Malice In Creating And Posting His False, Defamatory And Misleading Videos**

58.    Because Mr. Kassenoff is not a public figure, he only needs to show that Harvey acted negligently in posting his false, defamatory and misleading videos. However, Harvey also acted with actual malice as he either knew the falsity of what

he was saying or he made those statements with reckless disregard as to their truth.

59.     Despite stating that he performed "due diligence on the facts," the Harvey Videos are comprised of all "facts" and that he has told the "whole story," Harvey knew he was making false statements or he at least recklessly disregarded whether or not what he was stating was true or false.

60.     *First*, had Harvey reviewed the material in the Dropbox link Ms. Kassenoff included in her suicide post, he would have known that he was making false statements.  For example, Ms. Kassenoff included (i) a March 23, 2022 hearing transcript which revealed that Mr. Kassenoff had submitted recordings that showed "violence to the children" *by Ms. Kassenoff*; (ii) a September 9, 2021 hearing transcript which indicated that the Children "don't want to see their mother" and that the Children's "therapists are not recommending access at this time"; (iii) a June 2, 2021 hearing transcript which explained how poorly Ms. Kassenoff's visits with the Children had been going, that the Children "do not want to return" to these visits and that Ms. Kassenoff constantly violates Court orders; and (iv) countless hearing transcripts in front of Judge Koba with Ms. Kassenoff present, confirming that Harvey lied when he stated that "Judge Nancy Quinn Koba, *who had never met Catherine or even heard her side of the story*, also ruled that the children should stay away from their mother. . . ."[79]  But, Harvey ignored this *publicly available* material.

61.     *Second*, Harvey stated that "[t]here were over 3,000 court filings in this case,"[80] only a small fraction of which were in Ms. Kassenoff's Dropbox link. However, Ms. Kassenoff expressly stated that all of the "documents from the divorce case etc." are in the possession of Wayne Baker and suggested that the public "[r]each out to him."  Harvey's failure to "reach out" to Mr. Baker constitutes a

---

[79] Allan Kassenoff UPDATE VIDEO #2.
[80] https://www.tiktok.com/@therobbieharvey/video/7240063019391225131.

reckless disregard as to whether or not what he said was false.

62.  *Third*, C.K. sent Harvey a DM on **June 1, 2023** – the very next day after Harvey uploaded his **first** video attacking Mr. Kassenoff – asking him to "[s]top getting involved [as he doesn't] even know the true story."



63.  Harvey received C.K.'s message and even displayed it in his June 11, 2023 Harvey Video.[81]  Rather than acknowledging that he doesn't "know the true story," Harvey ignored C.K.'s message and instead accused Mr. Kassenoff of sending the message: "Is this you Allan, messaging me through your children's account?"[82]

64.  *Fourth*, Harvey has admitted on at least one occasion that he was aware of someone "presenting Allan's side . . . on Patreon"[83]:

---

[81] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

[82] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

[83] "Patreon is a membership platform that allows creators to run a subscription service for their content.  Instead of setting up their own website and payment platform, creators can easily launch a personalized Patreon page in a few steps." (https://blog.hootsuite.com/what-is-patreon/).



https://www.tiktok.com/@therobbieharvey/video/7260163072231361835.

65.    Upon information and belief, Harvey was referring to a TikToker named Geneva (@thatgirlbombpop) who created a webpage on Patreon (https://www.patreon.com/bombpopbingewatch) which included several recordings of Ms. Kassenoff abusing A.K. (at least one of which took place in the past 6 months).  Harvey, however, chose to recklessly disregard both Geneva's Patreon site as well as her TikTok page.

66.    Whenever someone told Harvey that his videos might contain false statements, he mocked them (or deleted their comment and blocked them).  For example, on June 18, 2023, Harvey made an Instagram post of someone questioning if he knew "the other side of the story," to which Harvey responded "Is this real life?!?  Seriously!"



https://www.instagram.com/p/CtpYKKzvvqG/.

67.    Similarly, on June 22, 2023, Harvey made an Instagram post of a comment from an anonymous individual named "Conscious." Conscious' message was that Harvey "*doesn't know any of the people involved or the actual facts but yet vilifies and gets a mob violently worked up . . . .*  There are real people involved, including children and *this guy Harvey and others are destroying lives with no real knowledge*, no authority and most important no purpose other than self-aggrandizement.  Nothing this loon posts on tiktok will do anything except harass ordinary folks with no platform to defend themselves."  Harvey simply commented "OK Allan."



https://www.instagram.com/p/CtzoX4PPY9p/.

68.      *Fifth*, Harvey acknowledged the existence of the Kassenofffacts.com website, based upon a statement made by Dr. Abrams that Harvey read in his June 29, 2023 video: "'This bogus review comes from a social media driven court of public opinion in the Kassenoff matter.  For a more balanced perspective, a more balanced perspective, go to the website Kassenofffacts.com.'  Okay, let's go to it. Let's go to it."[84]  Rather than considering what was presented on that website (which included actual Court documents, recordings of Ms. Kassenoff's abuse, and witness testimonials as to Ms. Kassenoff's abusive behavior), Harvey belittled that site:

> "You mean the website that takes testimony from a waitress who saw Catherine yelling at her children, who has been having problems with her children because they have been through so much, having problems with her oldest daughter who runs away

---

[84] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

on a consistent basis where police can't find her; she runs away from school, where police can't find her.  And Catherine who is fighting cancer, who is fighting an abusive father is losing it slowly.  That waitress?  You mean the same website that takes testimony from a nanny saying that Catherine is crazy?"[85]

69.  *Sixth*, Harvey's own videos show his reckless disregard for the truth. For example, Harvey states the following in his June 21, 2023 video:

> "*At the end of this audio file, you can hear Catherine talking about breastfeeding.  That is right – she had just had a baby.*  Meaning that postpartum depression was very real. . . .  The way they speak in this audio file sounds like divorce is imminent. And if that's true, then the timeline matches the CPS reports and police reports confirming Allan's physical abuse.  If that's the case, then not long after this audio file was recorded, a protection order was granted for Catherine and Allan was forced to stay away.  *Days later, Allan would file for divorce and the courts reversed the protection order.   And they demanded that Catherine stay away.* . . .  This [audio] proves everything we have already seen.  This [showing an image of Ms. Kassenoff] was a broken woman, a broken mother who had suffered years of abuse.*"[86]

70.  In other words, according to Harvey, at the time of the audio file he presented in his June 21 video, Catherine "had just had a baby" and "[d]ays later, Allan would file for divorce."  Harvey knew from all of the video clips he presented in the Harvey Videos that none of the Children were babies at the time of the divorce. Thus, Harvey was either lying in the June 21 video or made such statements in reckless disregard for the truth.

71.  *Finally*, Harvey stated in an Instagram comment that he does not like Mr. Kassenoff: "[H]is case is personal.  I don't like him.  I don't like him at all":

---

[85] https://www.tiktok.com/@therobbieharvey/video/7250151567297531182.

[86] https://www.tiktok.com/@therobbieharvey/video/7247112812772724011



https://www.instagram.com/p/CtzMMMIuXrD/.

**Harvey Intentionally Interfered With Mr. Kassenoff's Employment**

72.    From November 2005 until June 11, 2023, Mr. Kassenoff had been a member of the patent litigation group (the last 15 or so years as a Shareholder) at Greenberg Traurig.

73.    Harvey decided that Mr. Kassenoff needed to be fired – despite the fact that he was the Children's sole provider (and had been for the past 4 years). Accordingly, Harvey directed his 3,000,000+ followers to achieve that goal.  First, on June 7, 2023, Harvey uploaded what he termed "a MAJOR UPDATE to the Allan Kassenoff story."[87]  In that June 7 Harvey Video, Harvey blamed Mr. Kassenoff for Ms. Kassenoff's suicide and included Mr. Kassenoff's Greenberg Traurig contact information (taken from the Greenberg Traurig website):

---

[87] https://www.facebook.com/watch/?v=935084121042158.

"After a four year battle, May of 2023, the courts ruled that Catherine Kassenoff, the mother of the children and ex-wife to this man, Allan Kassenoff, could no longer see her children.  After that ruling, Catherine decided she no longer wanted to be on this Earth.  But remember Catherine released a ton of evidence showing the corruption behind this case before she left us.  *According to Allan [showing the image below of Mr. Kassenoff's contact information from his Greenberg Traurig webpage], Catherine was a danger to their children*."



74.    When releasing Mr. Kassenoff's contact information in his June 7 Harvey Video failed to achieve Harvey's goal of getting Mr. Kassenoff fired, on June 8, Harvey incited his 3,000,000+ followers to go after Samsung:

"*Allan Kassenoff is a shareholder at this law firm* [showing the Greenberg Traurig name and logo] and this law firm has basically defended Allan Kassenoff abusing his wife in a Facebook post a few days ago. *And since this law firm has not done the right thing and fired Allan Kassenoff who makes $1,000,000 a year, I figured its time to get their attention.*  Hey Samsung, according to this case, and this case, and this case, and this case, and this case, Allan Kassenoff is your lead

counsel [showing the below left image listing cases in which Mr. Kassenoff was lead counsel for Samsung].  Allan Kassenoff is your attorney.  Now Samsung, I know you're a better company than that.  *If there was only a way for millions of people to get the attention of Samsung [showing the below right image with the tags @Samsung and @SamsungUS] and let them know who represents them.*"[88]

 

75.    Then, on June 9, 2023, Harvey incited his followers to contact a human resources conference at which a Greenberg Traurig employee was speaking:

"The law firm who employs this wife abuser [and then shows clips of Mr. Kassenoff] is giving a speech at a, get this, human resources conference. . . .  The law firm that pays this man [and then shows clips of Mr. Kassenoff] $1,000,000 a year is going to educate people on how to do human resources."[89]

76.    Harvey then showed the conference's phone number while making a

---

[88]    https://www.facebook.com/therobbieharvey/videos/9438875329487801. Although Harvey has deleted this video from TikTok (the TikTok logo can be seen throughout the video in the lower right corner), Mr. Kassenoff was able to locate it on Harvey's Facebook page (albeit the @Samsung logos which appeared on the TikTok version are missing from the Facebook version).  The images shown were taken from the TikTok version, which Mr. Kassenoff had downloaded and saved before it was removed.

[89] https://www.tiktok.com/@therobbieharvey/video/7242657103721155883.

facial expression conveying what he wants his followers to do (i.e., call the conference and complain about Mr. Kassenoff) and stated: "here is a phone number to the conference if y'all want to know."





https://www.tiktok.com/@therobbieharvey/video/7242657103721155883.

77.   Harvey's plan regarding the conference worked and several of his followers made comments to his post stating they were going to do exactly what Harvey wanted and call the conference:

    a.   "Wow.  SHRM member here.  Definitely calling!!!" (TampaD).

    b.   "I'm a member too and I plan on calling." (Alana).

    c.   "I'm a SHRM member as well and I will be reaching out to the organization to ask them how they feel about promoting this firm." (Coffee and Coffee).

    d.   "Oh, SHRM? I'm a member. On it." (Jennifer Hall Powell).

78.   Other of Harvey's followers went even further than simply calling the conference and instead indicated that they will attack it via social media:

    a.   "At this point, mob justice is the only form of justice to reach them." (Animated_maniac_476).

    b.   "SHRM (the company hosting the conference) has Twitter,

Facebook and IG accounts. Let's go!!!" (Blayer2019).

c.    "that would be the SHRM conference. it would be a shame if everyone emailed them." (Becca).

d.    "OMG?!! Internet, let's do what we do!!!" (Kim).

79.    At the time that Harvey published his June 7, 8 and 9 videos, Mr. Kassenoff was representing Samsung, including as lead counsel in *MemoryWeb, LLC v. Samsung Electronics Co., Ltd. et al*, Civil Action No. 3:22-cv-03776-VC (N.D. Cal.). Although that case had been stayed pending *inter partes* reviews of the patents-in-suit, Mr. Kassenoff was still actively advising Samsung as to that case, including as to the impact of the pending *inter partes* reviews. As such, Mr. Kassenoff continued sending monthly bills to Samsung. Additionally, given Mr. Kassenoff's long-standing relationship with Samsung, he would have continued representing Samsung had Harvey not interfered.

80.    Following Harvey's instructions in the Harvey Videos (including the June 7, 8 and 9 videos), Harvey's followers bombarded Greenberg Traurig and Samsung with emails, phone calls, voicemails, and social media attacks, demanding the termination of Mr. Kassenoff. Amongst the many emails received by Greenberg Traurig as a result of Harvey's incitement are the following:

a.    "Leave of absence? You ACTUALLY think that will be good enough? *The internet will NEVER leave you alone as long as this fucking MONSTER Allan Kassenoff has anything to do with your business. You won't have a business if you continue to entertain the idea of possibly bringing this abusive narcissist back to work*, no one will allow that. Justice for Catherine. Get her sweet children away from that monster. You failed Catherine."

b.    "Allen Kassenoff is a horrible human. I don't know how your company allows his [sic] 'man' to work for your firm. He is a disgrace as a man, father and human. You should all be ashamed! *I am contacting all your clients next*."

c.    "You should definitely fire that weak ass man who you support with all your heart. *Have you not seen what the internet can do?*

> *You all are definitely losing all your costumers and hopefully lose Samsung.  You all are 100% liable for his actions and you better lay him off and blacklist him, or the internet will blacklist you.*"

    d.    "You're employing a physical and emotional abuser.  By employing him, you are standing by and supporting Allan Kassenoff's actions.  You are supporting abuse and it's disgusting.  *I will actively be giving your firm bad reviews and I will make sure to tell as many people as I can to not support your firm/leave bad reviews*.  You're employing a man who drove his dying wife to suicide.  That's beyond sick.  *The emails, the calls, they won't stop until you do the right thing and FIRE HIM*.  That THING does not deserve a moment of peace.  Think to yourselves, how would you feel if this happened to your daughters, your mothers? Exactly.  *FIRE KASSENOFF OR WE WILL NOT STOP*."

    e.    "Your leave of absence post is absolutely disgusting.  Make no mistake this law firm will be riddled with disgust and it will not stop.  Remove this man from your firm you cowards.  Unless you stand for abuse and negligence? *Do you guys even see all the comments?  It won't end unless you do something about it*."

    f.    "Your bullshit solution of throwing money out there for the children is weak and desperate. *Hope all your major clients drop you.  We will all continue to contact them and encourage them to fire your firm*.  Do the right thing and publicly disavow this scumbag."

81.    As a direct and proximate result of Harvey's actions, on June 9, 2023, the CEO of Greenberg Traurig informed Mr. Kassenoff that the Firm had no choice but to sever ties with him.  To wit, GT's CEO told Mr. Kassenoff that he had until the next day (subsequently extended to June 11) to "voluntarily" resign (and receive a severance package) or he would be fired (and receive nothing).  Accordingly, on June 11, 2023, Mr. Kassenoff forcibly resigned from Greenberg Traurig due to the social media pressure on the Firm and its clients that came about as a direct and proximate result of Harvey's actions.

82.     And just in case there was any doubt as to the cause of Mr. Kassenoff losing his job, Harvey boasted on Twitter that he got Mr. Kassenoff "fire[d]":



**Harvey's False, Defamatory And Misleading Statements Have Caused Enormous Financial Harm, Reputational Damage And Substantial Emotional Distress to Mr. Kassenoff**

83.     Since being forced to resign from Greenberg Traurig on June 11, 2023, Mr. Kassenoff has been unable to get a new job due to the irreparable damage that Harvey has done to Mr. Kassenoff's reputation.  A quick Google search will demonstrate such irreparable damage.  For example, as reported in the Frank Report on June 8, 2023, Mr. Kassenoff was "ranked number one on Martindale-Hubbell's weekly Profile Visibility, out of 2,192,033 lawyers" (with a 1.0 rating), as a result of Harvey's actions.[90]

---

[90] https://frankreport.com/2023/06/08/allan-kassenoff-tops-martindale-hubbell-with-1-profile-visibility-among-2-1-million-lawyers/.

84.     In contrast to the financial and reputational devastation he caused Mr. Kassenoff, Harvey admitted that he made over $20,000 in June alone,[91] which, upon information and belief, was predominantly a result of the Harvey Videos.



85.     Harvey also caused Mr. Kassenoff to suffer severe and substantial emotional distress, including anxiety, panic attacks, loss of appetite, depression and fear for his and his Children's safety.

86.     As a result of Harvey's actions, Mr. Kassenoff constantly worries about how he will get a new job to support himself and the Children such that he usually wakes up with anxiety and depression each morning.   The worrying has even impacted his eating, causing Mr. Kassenoff to lose over 10 pounds.

87.     As a result of Harvey's actions, several of his followers contacted CPS, leading to at least three CPS investigations.   Although each of these investigations resulted in a finding of "unfounded" (meaning that CPS concluded that there was no evidence of abuse), Mr. Kassenoff had to deal with additional emotional distress as

---

[91] https://www.tiktok.com/@thatgirlbombpop/video/7253149406483189038.

a result thereof.

88.    Mr. Kassenoff has also received hundreds if not thousands of harassing emails, voicemails, DMs and text messages as a result of the Harvey Videos.  In fact, on August 24, 2023 – nearly a month after Harvey posted his last Harvey Video on July 31, Mr. Kassenoff received the following threatening text message, confirming that the impact of the Harvey Videos is far from over:[92]



## Harvey Has Engaged In A Course Of Conduct Directed At Harassing and Cyberstalking Mr. Kassenoff Over The Internet

89.    As set forth above and further below, Harvey has engaged in a course of conduct directed at harassing and cyberstalking Mr. Kassenoff which caused substantial emotional distress and which served no legitimate purpose.  Specifically, Harvey has created and uploaded dozens of false, defamatory, misleading and harassing videos directed at and/or pertaining to Mr. Kassenoff.  In addition to the defamatory videos and statements described above, Harvey's harassing and cyberstalking course of conduct included the following additional statements from the Harvey Videos:

---

[92] Since the filing of this Action, Mr. Kassenoff has continued to receive harassing messages, including several messages this month (February 2024) via Facebook Messenger.

a.  "Now Allan has custody of the kids.  But I am told and this is just what I am told.  I haven't seen any evidence or statements from anybody.  *But I am told because of my video and other videos, Allan is now under investigation*.  I know there are many sides to a story.  The video footage doesn't lie and *that monster has possession of these children so I am going to keep talking about it*."[93]

b.  "Where are your videos Allan?  Where are they at?  Look at me.  I know I know you are watching me.  Is this you messaging me through your children's account?  Are you going to continue to let your girlfriend talk for you in message boards all over the Internet. . . . *Look here Allan.  I have put aside my usual content because the millions of women that follow me, they are Catherine Kassenoff.  And I am going to be the thorn in your side until you people are in jail*."[94]

c.  "So my Allan Kassenoff videos are being reported and taken down.  And I find this interesting after Allan Kassenoff was fired from his job.  And now companies are coming out, like Samsung, saying they will no longer be associated with Allan Kassenoff.  So I just question who is upset and reporting them all of a sudden – especially after one video has almost 30,000,000 views.  And the national media is starting to pick it up itself.  So here is what I am going to do.  *I am going to re-edit them later today.*  That way TikTok can't find any reason to take them down.  *And then I will reupload them.*  So I need your help to get them back going.  *Because I am not going to let Allan Kassenoff get what he wants.  If he really wants to choose this fight, then we will fight.  And we'll just keep going.  Until people are in jail.  Until people have the consequences of their decisions, including judges, attorneys, therapists*."[95]

d.  "Okay.  *So my Allan Kassenoff videos are starting to come back up.  I've pinned the first one on top of my profile, so go comment, go like it, go share it.  Let's get that one back going.  Also, I'm going to blow this thing wide open in a couple of days.*  Right now I'm doing my due diligence on the facts.  But there is more to this case that I have found that will infuriate you.  It will

---

[93] https://www.tiktok.com/@therobbieharvey/video/7240630193912251310.

[94] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890.

[95] https://www.tiktok.com/@therobbieharvey/video/7244140726743878954.

infuriate you.  But that is going to take a couple of days because I'm spending some time with my wife this week.  This is the first time her and I have had a couples only time since her cancer diagnosis over a year ago.  So that comes first.  *But Allan, in a few days, I am back on you.*"[96]

e.   "There are reports that were written that say these children are not safe with their father.  I will reveal those reports this weekend.  *So Allan, you've got a few more days.*"[97]

f.   "You know I think I have done 10 videos on this subject [of Allan Kassenoff].  *Not even the worst narcissist on TikTok have been able to provide enough content for 10 videos.  But Allan Kassenoff – that's how bad he is.  He has provided so much that it has required 10 videos.*  And after all of those videos, after everything I have shown, after everything I have proven, after everything I have provided.  This mother of 3 who is being abused by her husband and is trying to fight cancer is playing the victim.  The Kassenoff defenders are unbelievable."[98]

g.   "So now it is time to get justice for Catherine Kassenoff and I need your help.  *And I am going to tell you exactly what to do.*  In this video I am going to present every piece of evidence that I have and once I do, this is what I need from you: *like the video, share it and then tag every single media outlet you know*."[99, 100]

h.   "NewsNation reported a few weeks ago that they did indeed confirm the passing of Catherine Kassenoff.  But that hasn't stopped Allan.  *Ever since her passing, he has repeatedly attacked Catherine.  There is even an entire website dedicated to dragging Catherine's name through the mud.*"[101]

90.   Harvey also harassed Mr. Kassenoff by posting a picture of his girlfriend, Ms. Shira Kraft, and falsely claiming that Ms. Kraft was "disparag[ing]"

---

[96] https://www.tiktok.com/@therobbieharvey/video/7244514052163046699.

[97] https://www.tiktok.com/@therobbieharvey/video/7244945355274751278.

[98] https://www.tiktok.com/@therobbieharvey/video/7247159591526616366.

[99] https://www.tiktok.com/@therobbieharvey/video/7248782658564558126.

[100] This video generated over 8,200 comments, and included tags of many major media outlets, including for example, @NBC; @ABC News; @New York Post; @cbsnews; @CNN; @60 Minutes; @News5; and @FoxNewsReporter.

[101] https://www.tiktok.com/@therobbieharvey/video/7248782658564558126.

Ms. Kassenoff "all over the Internet," leading his followers to attack her and even contact her employers demanding that she be fired:

   a.   "Or how about after [Ms. Kassenoff] passed away, *your girlfriend goes on social media to disparage her name*."[102]

   b.   "Where are your videos Allan?  Where are they at?  Look at me. I know I know you are watching me.  Is this you messaging me through your children's account?  *Are you going to continue to let your girlfriend talk for you in message boards all over the Internet*. . . .  Look here Allan.  I have put aside my usual content because the millions of women that follow me, they are Catherine Kassenoff.  And I am going to be the thorn in your side until you people are in jail."[103]



91.   Then, in late July 2023, Harvey travelled to New York City (knowing full well that Mr. Kassenoff lives about a 30 minute train ride from there) and made the following threatening statement:

---

[102]        https://www.tiktok.com/@therobbieharvey/video/7261752792069557546. Despite Harvey's lie, none of the posts he showed with the picture of Ms. Kraft were even made by Ms. Kraft.

[103] https://www.tiktok.com/@therobbieharvey/video/7243568782612974890

"Alright.  I've got something exciting to show you guys. . . . *Take a look at this Allan.  I've got something really important to show you.  It's a beautiful city* [with Harvey making a menacing expression, walking out onto the balcony of his New York City hotel room]."[104]



92.    In case there were any doubt as to the threatening and menacing nature of Harvey's message to Mr. Kassenoff, that video caused the following comments (among many more) to be communicated:

  a.    "You are a man of honor.  Go get them!!  You've got back up!" (Joey Angelina).
  b.    "I support vigilante justice."  (Steve).
  c.    "You are in NEW YORK!!!  Get 'em my friend!"  (Crystal Seurer).
  d.    "Yes!! Go get him!!  Save these sweet kids and give Katherine the justice she deserves!"  (Lindie Stoddard).
  e.    "Is blud coming to Mamaroneck."  (Aiden Rivera).
  f.    "If you need backup you let me know."  (Mack).

93.    Furthermore, Harvey instructed his followers to contact the Westchester County District Attorney's office and "MENTION: ALLAN KASSENOFF."   As can be seen in the following screenshot from Harvey's

---

[104] https://www.tiktok.com/@therobbieharvey/video/7260163072231361835.

Instagram account, Harvey wrote "Here we go.  Let [sic] get justice for Catherine," to which one of his followers responded that he/she called the DA's phone number and "mentioned Allan Kassenoff":



https://www.instagram.com/p/Ct9MobsOa8i/.[105]

94.    In a subsequent video, Harvey explained that he has "good news.  The District Attorney in regards to the Allan Kassenoff case and the corruption and all of that has finally responded.  ***They have heard your calls*** and they have reached out to me.  They are mad that I used their logo. . . .  They told me that the line was reserved for victims in Westchester County.  I reminded them that their victim [showing a picture of Ms. Kassenoff] is no longer around and that a lot of people saw an alleged crime inside of their county.  So they told me the tip line is okay to share.  So here is an updated graphic without the use of their logo.  And remember all of the abuse and corruption that you have seen happened under their umbrella.

---

[105] Similarly, in his June 19, 2023 Harvey Video, Harvey displayed Dr. Abrams' telephone numbers and suggested that his 3,000,000+ followers contact Dr. Abrams. https://www.tiktok.com/@therobbieharvey/video/7246429288210255146.

So feel free to report anything you think is suspicious."[106]



https://www.tiktok.com/@therobbieharvey/video/7250832066500414766

95.     Even after the filing of this Action, Harvey has continued his course of conduct directed at harassing and cyberstalking Mr. Kassenoff.  For example, in addition to the January 29, 2024 Instagram video seeking donations in which Harvey called Mr. Kassenoff an abuser, he published a video on his TikTok page on January 30, 2024, claiming that Mr. Kassenoff is bullying him by filing the instant lawsuit and again asking his followers to "donate" to his legal defense.[107]

96.     Additionally, since the filing of this Action, Harvey has been "reposting" many of the Harvey Videos that are directed at and/or pertaining to Mr. Kassenoff on his Facebook Reels and Reels II accounts.[108]

---

[106] https://www.tiktok.com/@therobbieharvey/video/7250832066500414766.
[107] https://www.tiktok.com/@therobbieharvey/video/7329888926900964654.
[108] *See, e.g.,* https://fb.watch/qeiG7O8ipN/; https://fb.watch/qeiDCFCmcb/.

## COUNT I – DEFAMATION *PER SE*

97.    Plaintiff restates and realleges each of the assertions set forth in the paragraphs 1-71 and 83-88 above.

98.    Harvey has published false, defamatory and misleading statements about Mr. Kassenoff in the Harvey Videos (and his comments thereto), falsely accusing Mr. Kassenoff of (1) abusing, including physically, Ms. Kassenoff and the Children and that such abuse was confirmed by both CPS and police reports and (2) being awarded sole custody by a corrupt judicial system that improperly excluded Ms. Kassenoff (and her attorneys) from custody hearings ***and*** because he bribed (i.e., "paid off") everyone.

99.    Harvey's false, defamatory and misleading statements about Mr. Kassenoff in the Harvey Videos (and his comments thereto) tended to subject Mr. Kassenoff to hatred, distrust, ridicule, contempt and/or disgrace and injured him in his profession and, thus, constitute defamation *per se*.

100.    Harvey published and publicly distributed the Harvey Videos (and his comments thereto), including by making the Harvey Videos (and his comments thereto) available on the Internet, where it could be, and was, accessed by citizens of the State of Florida and throughout the United States.

101.    Harvey published and publicly distributed the Harvey Videos (and his comments thereto), which have prevented Mr. Kassenoff from obtaining employment as a patent litigator despite his qualifications and experience and have caused Mr. Kassenoff to suffer damages.

102.    Harvey's false, defamatory and misleading statements have also injured Mr. Kassenoff in his trade and profession and have damaged his character and reputation in an amount to be proven at trial.

103.    Harvey's conduct was committed knowingly, intentionally, willfully, wantonly and maliciously, with the intent to harm Mr. Kassenoff, or in blatant

disregard of the substantial likelihood of causing him harm, thereby entitling Mr. Kassenoff to an award of punitive damages.

**COUNT II – GENERAL DEFAMATION**

104.   Plaintiff restates and realleges each of the assertions set forth in the paragraphs 1-71 and 83-88 above.

105.   Under Florida law, general defamation has the following five elements (1) publication; (2) falsity; (3) the statement was made with knowledge or reckless disregard as to the falsity on a matter concerning a public official, or at least negligently on a matter concerning a private person; (4) actual damages; and (5) the statement must be defamatory.

106.   Harvey has published false, defamatory and misleading statements about Mr. Kassenoff in the Harvey Videos (and his comments thereto), falsely accusing Mr. Kassenoff of (1) abusing, including physically, Ms. Kassenoff and the Children and that such abuse was confirmed by both CPS and police reports and (2) being awarded sole custody by a corrupt judicial system that improperly excluded Ms. Kassenoff (and her attorneys) from custody hearings **and** because he bribed (i.e., "paid off") everyone.

107.   Harvey has defamed Mr. Kassenoff in the Harvey Videos (and his comments thereto) by knowingly, intentionally, willfully, negligently and recklessly publishing statements about him which he knew or should have known to be false and misleading and/or were published with reckless disregard for the truth.

108.   Harvey published and publicly distributed the Harvey Videos (and his comments thereto), including by making the Harvey Videos (and his comments thereto) available on the Internet, where it could be, and was, accessed by citizens of the State of Florida and throughout the United States.

109.   Harvey published and publicly distributed the Harvey Videos (and his comments thereto), which have prevented Mr. Kassenoff from obtaining

employment as a patent litigator despite his qualifications and experience and have caused Mr. Kassenoff to suffer damages.

159.   Harvey's false, defamatory and misleading statements have also injured Mr. Kassenoff in his trade and profession and have damaged his character and reputation in an amount to be proven at trial.

110.   Harvey's conduct was committed knowingly, intentionally, willfully, wantonly and maliciously, with the intent to harm Mr. Kassenoff, or in blatant disregard of the substantial likelihood of causing him harm, thereby entitling Mr. Kassenoff to an award of punitive damages.

### COUNT III – DEFAMATION BY IMPLICATION

111.   Plaintiff restates and realleges each of the assertions set forth in the paragraphs 1-71 and 83-88 above.

112.   Defamation by implication is a tort recognized in Florida.

113.   Harvey has published false, defamatory and misleading statements about Mr. Kassenoff in the Harvey Videos (and his comments thereto), falsely accusing Mr. Kassenoff of (1) abusing, including physically, Ms. Kassenoff and the Children and that such abuse was confirmed by both CPS and police reports and (2) being awarded sole custody by a corrupt judicial system that improperly excluded Ms. Kassenoff (and her attorneys) from custody hearings **and** because he bribed (i.e., "paid off") everyone.

114.   Harvey published and publicly distributed the Harvey Videos (and his comments thereto), including by making the Harvey Videos (and his comments thereto) available on the Internet, where it could be, and was, accessed by citizens of the State of Florida and throughout the United States.

115.   In publishing and publicly distributing the Harvey Videos (and his comments thereto), Harvey omitted facts such that the Harvey Videos (and his comments thereto) created a false impression and defamatory implication about Mr.

Kassenoff.

116.   A reasonable person would understand Harvey's false, defamatory and misleading statements to impart a false innuendo, which would be highly offensive to a reasonable person.

117.   Harvey intended the defamatory inferences that the published false, defamatory and misleading statements created and these false, defamatory and misleading statements were made negligently and/or with a reckless disregard of the truth.

118.   The false impression of Mr. Kassenoff have prevented Mr. Kassenoff from obtaining employment as a patent litigator despite his qualifications and experience and have caused Mr. Kassenoff to suffer damages.

119.   The false impressions of Mr. Kassenoff, which Harvey created, caused irreparable harm to Mr. Kassenoff's trade and profession and have damaged his character and reputation in an amount to be proven at trial.

120.   Harvey's conduct was committed knowingly, intentionally, willfully, wantonly and maliciously, with the intent to harm Mr. Kassenoff, or in blatant disregard of the substantial likelihood of causing him harm, thereby entitling Mr. Kassenoff to an award of punitive damages.

### COUNT IV – TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP

121.   Plaintiff restates and realleges each of the assertions set forth in the paragraphs 1-27 and 72-82 above.

122.   Harvey had actual and/or imputed knowledge of Mr. Kassenoff's advantageous contractual and business relationships with Greenberg Traurig and Samsung.

123.   Harvey knowingly, intentionally and unjustifiably interfered with Mr. Kassenoff's business relationships by instructing his 3,000,000+ followers to attack

Greenberg Traurig and Samsung.

124.    As a direct and proximate result of Harvey's actions, Mr. Kassenoff has suffered significant damages.

125.    The nature of the statements made about Mr. Kassenoff, the extent to which those statements were circulated, and the tendency of such statements to injure someone such as Mr. Kassenoff are such that Harvey's instructions to his 3,000,000+ followers to attack Greenberg Traurig and Samsung, have directly and proximately caused Mr. Kassenoff to suffer significant damages, including damage to his career, loss of employment, economic damages, client relationships, and other harms, all of which are ongoing in nature and will be continued to suffer in the future. Mr. Kassenoff will also incur and is entitled to recover significant expenses for repairing his reputation online and otherwise.

126.    Harvey's conduct was committed knowingly, intentionally, willfully, wantonly and maliciously, with the intent to harm Mr. Kassenoff, or in blatant disregard of the substantial likelihood of causing him harm, thereby entitling Mr. Kassenoff to an award of punitive damages.

127.    As a direct and proximate result of Harvey's misconduct, Mr. Kassenoff is entitled to recover compensatory, special, and punitive damages in an amount to be proven at trial.

### COUNT V – CYBERSTALKING
#### (Petition For Injunction For Protection Against Stalking)

128.    Before me, the undersigned authority, personally appeared Petitioner Allan A. Kassenoff, who has been sworn and says that the following statements are true:

129.    Pursuant to Section 784.0485(1), the Florida legislature has "created a cause of action for an injunction for protection against stalking."

130.    Section 784.0485(4) provides that "[u]pon the filing of the petition, the

court shall set a hearing to be held at the earliest possible time."

131.   Petitioner Allan A. Kassenoff is a victim of harassment and cyberstalking conducted by Respondent Robert Harvey.  Specifically, Mr. Kassenoff has been harassed and cyberstalked in accordance with the definitions set forth in Section 784.048(1).

132.   Petitioner resides at 161 Beach Avenue, Larchmont, New York 10538.

133.   Petitioner is an attorney, has been admitted *pro hac vice* in this Action and is representing himself.

134.   Upon information and belief, Respondent Harvey resides at 8531 Salt Grass Drive, Pensacola, Florida 32526.

135.   Respondent's last known place of unemployment:  Unknown.

136.   Physical description of Respondent
       a.     Race:  White
       b.     Sex:  Male
       c.     Date of birth:  Unknown
       d.     Height:  Unknown
       e.     Weight:  Unknown
       f.     Eye color:  Unknown
       g.     Hair color:  Brown
       h.     Distinguishing marks or scars:  Unknown

137.   Aliases of Respondent:  TheRobbieHarvey

138.   Respondent's attorneys' names, addresses and telephone numbers:
      Aaron Renee Resnick, Esq.
      Florida Bar Number 141097
      100 Biscayne Blvd., Suite 1607
      Miami, FL 33139
      (305) 672-7495
      aresnick@thefirmmiami.com


      Jonathan Marc Davidoff, Esq.
      Florida Bar Number 179833
      228 East 45th Street - Suite 1110

New York, NY 10017
(212) 587-5971
jonathan@davidofflawfirm.com

139.  Other than the instant Action, Petitioner has never received or tried to get an injunction for protection against stalking against Respondent in this or any other court.

140.  Respondent has never received or tried to get an injunction for protection against stalking against Petitioner in this or any other court.

141.  The instant Action is the only court case involving the Petitioner and Respondent.

142.  Petitioner is a victim of stalking because Respondent has:

    a.    Committed stalking.

    b.    Previously threatened, harassed, stalked, cyberstalked, or physically abused the Petitioner.

143.  Plaintiff restates and realleges each of the assertions set forth in paragraphs 1-96 above which constitute a description of the specific incidents of harassment and cyberstalking by Respondent.

144.  Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against stalking that will be in place from now until the scheduled hearing on this petition, which will immediately restrain Respondent from committing any acts of stalking, and which will provide any terms the Court deems necessary for the protection of a victim of stalking, including any injunctions or directives to law enforcement agencies as well as the immediate removal of all of the Harvey Videos.

145.  Petitioner asks the Court to enter, after a hearing has been held on this petition, a **FINAL JUDGMENT** for protection against stalking prohibiting Respondent from committing any acts of stalking against Petitioner and prohibiting Respondent from contacting by telephone, mail, e-mail, in writing, through another person, or in any other manner.

146.   Petitioner asks the Court, after a hearing has been held on this petition, to order Respondent to participate in treatment, intervention or counseling services to be paid for by Respondent, pursuant to § 784.0485(6)(a)(2).

147.   Petitioner asks the Court to enter any other terms it deems necessary to protect Petitioner from stalking by Respondent.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING.  I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.**

**I HAVE READ EVERY STATEMENT MADE IN THIS PETITION AND EACH STATEMENT IS TRUE AND CORRECT.  I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FORIDA STATUTES.**

Dated: 2/21/24

Allan A. Kassenoff
161 Beach Avenue
Larchmont, NY 10538
(917) 623-8353
Andrewka1973@outlook.com

Sworn to before me this
21 day of February 2024

NOTARY PUBLIC

JANICE VALLEJOS
Notary Public - State of New York
No. 01VA6029069
Qualified in Westchester County
My Commission Expires Aug. 9, 2025

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A.     An injunction temporarily and permanently restraining Harvey from committing any acts of harassment and/or cyberstalking against Mr. Kassenoff, including but not limited to making and/or uploading any more videos and/or comments directed at and/or pertaining to Mr. Kassenoff, the removal of all of the Harvey Videos and such other terms the Court deems necessary for the protection of Mr. Kassenoff, including any injunctions or directives to law enforcement agencies;

148.   An Order requiring Harvey to participate in treatment, intervention or counseling services pursuant to § 784.0485(6)(a)(2).

B.     An Order requiring an acknowledgement of wrongdoing and a public apology to Plaintiff;

C.     Damages in an amount not less than $150,000,000, including compensatory, consequential and punitive damages awarded to Mr. Kassenoff due to Harvey publishing his false, defamatory and misleading videos and instructing his 3,000,000+ followers to attack Greenberg Traurig and Samsung;

D.     Attorney's fees, costs and disbursements incurred here;

E.     Pre-judgment and post-judgment interest; and

F.     All such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff requests trial by jury as to all issues and claims so triable.

DATED:  February 21, 2024

Respectfully submitted,

By: */s/ Allan Kassenoff*
Allan Kassenoff, Esq. (admitted *pro hac vice*)
NY State Bar # 2964575
161 Beach Avenue
Larchmont, NY 10538
andrewka1973@outlook.com
(917) 623-8353

*Attorney for Plaintiff*

## **VERIFICATION**

I have read every statement made in this Verified Second Amended Complaint and Petition For Injunction For Protection Against Stalking and each statement is true and correct.  I understand that the statements made in this Verified Second Amended Complaint and Petition For Injunction For Protection Against Stalking are being made under penalty of perjury.

Dated: 2/21/24

Allan A. Kassenoff
161 Beach Avenue
Larchmont, NY 10538
(917) 623-8353
Andrewka1973@outlook.com

Sworn to before me this
21 day of February 2024

NOTARY PUBLIC

JANICE VALLEJOS
Notary Public - State of New York
No. 01VA6029069
Qualified in Westchester County
My Commission Expires Aug. 9, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 21, 2024, a true and correct copy of

the foregoing document was uploaded to the Court's CM/ECF system, which will

send a notice of electronic filing to all parties by operation of the system.


*/s/ Allan Kassenoff*
Allan Kassenoff