UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLAN A. KASSENOFF,

    Plaintiff,

v.                                           Case No. 3:23cv24085-TKW-ZCB

ROBERT HARVEY,

    Defendant.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant's unopposed motion for extension of time (Doc. 30), it is

**ORDERED** that the motion is **GRANTED**, and Defendant shall have until March 14, 2024, to answer or otherwise respond to the second amended complaint.

**DONE and ORDERED** this 7th day of March, 2024.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE