UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLAN A. KASSENOFF,

    **Plaintiff**,

v.                                                          Case No. 3:23cv24085-TKW-ZCB

ROBERT HARVEY,

    **Defendant**.

_____/

## ORDER

This case is before the Court based on Defendant's motion to dismiss Count V of the second amended complaint (Doc. 33). Plaintiff filed a response in opposition to the motion, *see* Doc. 34, and the Court thereafter directed the parties to file supplemental briefs addressing a jurisdictional concern identified by the Court, *see* Doc. 35. In response, Plaintiff filed a notice (Doc. 36) stating that he "does not oppose this Court declining to exercise supplemental jurisdiction over [Count V]" because he has now filed a petition under §784.0485, Fla. Stat., in state court and a hearing on that petition has been scheduled for next week.[1]

---

[1] The notice stated that Plaintiff disagrees with the Court's preliminary conclusion that it should decline to exercise supplemental jurisdiction, but the notice did not include any legal argument that might have changed the Court's mind on that issue.

Accordingly, for the reasons stated in the Order Requiring Supplemental Briefing (Doc. 35), it is **ORDERED** that Defendant's motion to dismiss (Doc. 33) is **DENIED**, but Count V of the second amended complaint is **DISMISSED** without prejudice under 28 U.S.C. §1367(c)(4) on the Court's own motion.

**DONE and ORDERED** this 9th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**