## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| ALLAN A. KASSENOFF, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-24085-TKW-ZCB |
| ) | |
| ROBERT HARVEY, ) | |
|     Defendant. ) | |
| ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

    Plaintiff Allan A. Kassenoff ("Plaintiff") and Defendant Robert Harvey ("Defendant") (collectively, the "Parties") have settled their respective claims for relief asserted in this litigation via a Settlement Agreement and Releases (the "Settlement Agreement"). Accordingly, the Parties respectfully request that all claims for relief asserted by Plaintiff against Defendant herein are dismissed with prejudice; and all attorneys' fees, costs of court and expenses be borne by the Party incurring the same. The Parties respectfully request that the Court retain jurisdiction of this matter to enforce the terms and adjudicate any and all disputes that may arise under the Confidential Settlement Agreement.

DATED: July 5, 2024

Respectfully submitted,

                                                                      DAVIDOFF LAW FIRM, PLLC

By: */s/ Allan Kassenoff*                                     By: */s/ Jonathan Davidoff*
Allan Kassenoff, Esq. (admitted *pro hac vice*)    Jonathan Marc Davidoff, Esq.
NY State Bar # 2964575                              Florida Bar Number 179833
161 Beach Avenue                                         Aaron Renee Resnick, Esq.
Larchmont, NY 10538                               Florida Bar Number 141097
andrewka1973@outlook.com                      *Counsel for Defendant*
(917) 623-8353                                               100 Biscayne Blvd., Suite 1607
*Attorney for Plaintiff*                                        Miami, FL 33139
                                                                    Telephone:(212) 587-5971
                                                                    Email: jonathan@davidofflawfirm.com
                                                                    Email: aresnick@thefirmmiami.com
                                                                    Email: firm@davidofflawfirm.com