**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| ALLAN A. KASSENOFF, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-24085-TKW-ZCB |
| ) | |
| ROBERT HARVEY, ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Based on the parties' Joint Motion To Dismiss With Prejudice as a result of the parties entering into a Settlement Agreement and Releases (the "Settlement Agreement"), it is **ORDERED** that this case is dismissed with prejudice, all attorneys' fees, costs of court and expenses be borne by the party incurring the same, and jurisdiction of this matter is retained to enforce the terms and adjudicate any and all disputes that may arise under the Settlement Agreement.

**DONE and ORDERED** this ___ day of ____, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**